# EXHIBIT A

US009641898B2

(12) **United States Patent**
Bloch et al.

(10) **Patent No.:** **US 9,641,898 B2**
(45) **Date of Patent:** **May 2, 2017**

(54) **METHODS AND SYSTEMS FOR IN-VIDEO LIBRARY**

(71) Applicant: **JBF Interlude 2009 LTD—Israel**, Tel Aviv-Jaffa (IL)

(72) Inventors: **Jonathan Bloch**, Brooklyn, NY (US); **Barak Feldman**, Tenafly, NJ (US); **Tal Zubalsky**, Tel Aviv-Jaffa (IL); **Yuval Hofshy**, Kfar Saba (IL)

(73) Assignee: **JBF Interlude 2009 LTD** (IL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/139,996**

(22) Filed: **Dec. 24, 2013**

(65) **Prior Publication Data**

US 2015/0181301 A1     Jun. 25, 2015

(51) **Int. Cl.**
| | |
|---|---|
| *G06F 3/00* | (2006.01) |
| *G06F 13/00* | (2006.01) |
| *H04N 5/445* | (2011.01) |
| *H04N 21/472* | (2011.01) |
| *H04N 21/45* | (2011.01) |

(52) **U.S. Cl.**
CPC ... *H04N 21/47217* (2013.01); *H04N 21/4524* (2013.01); *H04N 21/4532* (2013.01); *H04N 21/47202* (2013.01)

(58) **Field of Classification Search**
USPC .................... 725/38, 41, 44, 50, 52, 61, 100
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,568,602 | A | 10/1996 | Callahan et al. |
| 5,607,356 | A | 3/1997 | Schwartz |
| 5,636,036 | A | 6/1997 | Ashbey |
| 5,734,862 | A | 3/1998 | Kulas |
| 5,818,435 | A | 10/1998 | Kozuka et al. |
| 6,122,668 | A | 9/2000 | Teng et al. |
| 6,128,712 | A | 10/2000 | Hunt et al. |
| 6,191,780 | B1 | 2/2001 | Martin et al. |
| 6,222,925 | B1 | 4/2001 | Shiels et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 10053720 A1 | 4/2002 |
| EP | 1033157 A2 | 9/2000 |

(Continued)

OTHER PUBLICATIONS

An ffmpeg and SDL Tutorial, "Tutorial 05: Synching Video," Retrieved from internet on Mar. 15, 2013: <http://dranqer.com/ffmpeg/tutorial05.html>, (4 pages).

(Continued)

*Primary Examiner* — Mulugeta Mengesha
(74) *Attorney, Agent, or Firm* — Goodwin Procter LLP

(57) **ABSTRACT**

Method and accompanying system for providing an in-video library. A video player presents a video stream to a user. During presentation of the video stream, the video player displays at least a portion of a library of selectable prerecorded video segments, and a selection of one or more of the prerecorded video segments from the library is received from the user. The video player further displays a video segment watch-list that includes the selected prerecorded video segments. The video player then presents the segments in the video segment watch-list as part of the video stream.

**24 Claims, 4 Drawing Sheets**



US 9,641,898 B2

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| 6,298,482 | B1 | 10/2001 | Seidman et al. |
| 6,728,477 | B1 | 4/2004 | Watkins |
| 6,801,947 | B1 | 10/2004 | Li |
| 7,155,676 | B2 | 12/2006 | Land et al. |
| 7,310,784 | B1 | 12/2007 | Gottlieb et al. |
| 7,379,653 | B2 | 5/2008 | Yap et al. |
| 7,444,069 | B1 | 10/2008 | Bernsley |
| 7,627,605 | B1 | 12/2009 | Lamere et al. |
| 7,917,505 | B2 | 3/2011 | van Gent et al. |
| 8,065,710 | B2 | 11/2011 | Malik |
| 8,190,001 | B2 | 5/2012 | Bernsley |
| 8,276,058 | B2 | 9/2012 | Gottlieb et al. |
| 8,281,355 | B1 | 10/2012 | Weaver et al. |
| 8,600,220 | B2 | 12/2013 | Bloch et al. |
| 8,650,489 | B1 | 2/2014 | Baum et al. |
| 8,860,882 | B2 | 10/2014 | Bloch et al. |
| 8,977,113 | B1 | 3/2015 | Rumteen et al. |
| 9,009,619 | B2 | 4/2015 | Bloch et al. |
| 9,021,537 | B2 | 4/2015 | Funge et al. |
| 9,190,110 | B2 | 11/2015 | Bloch |
| 9,257,148 | B2 | 2/2016 | Bloch et al. |
| 9,271,015 | B2 | 2/2016 | Bloch et al. |
| 2002/0091455 | A1 | 7/2002 | Williams |
| 2002/0105535 | A1 | 8/2002 | Wallace et al. |
| 2002/0106191 | A1 | 8/2002 | Betz et al. |
| 2002/0120456 | A1 | 8/2002 | Berg et al. |
| 2002/0177914 | A1 | 11/2002 | Chase |
| 2003/0159566 | A1 | 8/2003 | Sater et al. |
| 2003/0183064 | A1 | 10/2003 | Eugene et al. |
| 2003/0184598 | A1 | 10/2003 | Graham |
| 2003/0221541 | A1 | 12/2003 | Platt |
| 2004/0138948 | A1 | 7/2004 | Loomis |
| 2004/0172476 | A1 | 9/2004 | Chapweske |
| 2005/0019015 | A1 | 1/2005 | Ackley et al. |
| 2005/0055377 | A1 | 3/2005 | Dorey et al. |
| 2005/0091597 | A1* | 4/2005 | Ackley .......................... 715/716 |
| 2005/0102707 | A1 | 5/2005 | Schnitman |
| 2006/0028951 | A1 | 2/2006 | Tozun et al. |
| 2006/0064733 | A1 | 3/2006 | Norton et al. |
| 2006/0150072 | A1 | 7/2006 | Salvucci |
| 2006/0155400 | A1 | 7/2006 | Loomis |
| 2006/0200842 | A1* | 9/2006 | Chapman et al. .............. 725/34 |
| 2006/0224260 | A1 | 10/2006 | Hicken et al. |
| 2007/0024706 | A1 | 2/2007 | Brannon et al. |
| 2007/0033633 | A1 | 2/2007 | Andrews et al. |
| 2007/0118801 | A1 | 5/2007 | Harshbarger et al. |
| 2007/0157261 | A1 | 7/2007 | Steelberg et al. |
| 2007/0162395 | A1 | 7/2007 | Ben-Yaacov et al. |
| 2007/0239754 | A1 | 10/2007 | Schnitman |
| 2008/0021874 | A1 | 1/2008 | Dahl et al. |
| 2008/0022320 | A1 | 1/2008 | Ver Steeg |
| 2008/0031595 | A1 | 2/2008 | Cho |
| 2008/0086754 | A1 | 4/2008 | Chen et al. |
| 2008/0091721 | A1 | 4/2008 | Harboe et al. |
| 2008/0092159 | A1 | 4/2008 | Dmitriev et al. |
| 2008/0148152 | A1* | 6/2008 | Blinnikka et al. ............ 715/719 |
| 2008/0276157 | A1 | 11/2008 | Kustka et al. |
| 2008/0300967 | A1 | 12/2008 | Buckley et al. |
| 2008/0301750 | A1 | 12/2008 | Silfvast et al. |
| 2008/0314232 | A1 | 12/2008 | Hansson et al. |
| 2009/0022015 | A1 | 1/2009 | Harrison |
| 2009/0024923 | A1 | 1/2009 | Hartwig et al. |
| 2009/0055880 | A1 | 2/2009 | Batteram et al. |
| 2009/0063681 | A1 | 3/2009 | Ramakrishnan et al. |
| 2009/0116817 | A1 | 5/2009 | Kim et al. |
| 2009/0199697 | A1 | 8/2009 | Lehtiniemi et al. |
| 2009/0228572 | A1 | 9/2009 | Wall et al. |
| 2009/0320075 | A1 | 12/2009 | Marko |
| 2010/0017820 | A1* | 1/2010 | Thevathasan ........ G11B 27/036 725/35 |
| 2010/0042496 | A1 | 2/2010 | Wang et al. |
| 2010/0077290 | A1 | 3/2010 | Pueyo |
| 2010/0146145 | A1 | 6/2010 | Tippin et al. |
| 2010/0153512 | A1 | 6/2010 | Balassanian et al. |
| 2010/0161792 | A1 | 6/2010 | Palm et al. |
| 2010/0167816 | A1 | 7/2010 | Perlman et al. |
| 2010/0186579 | A1 | 7/2010 | Schnitman |
| 2010/0262336 | A1 | 10/2010 | Rivas et al. |
| 2010/0268361 | A1 | 10/2010 | Mantel et al. |
| 2010/0278509 | A1 | 11/2010 | Nagano et al. |
| 2010/0287033 | A1* | 11/2010 | Mathur ........................... 705/10 |
| 2010/0287475 | A1 | 11/2010 | van Zwol et al. |
| 2010/0293455 | A1 | 11/2010 | Bloch |
| 2010/0332404 | A1 | 12/2010 | Valin |
| 2011/0007797 | A1 | 1/2011 | Palmer et al. |
| 2011/0010742 | A1 | 1/2011 | White |
| 2011/0026898 | A1 | 2/2011 | Lussier et al. |
| 2011/0096225 | A1 | 4/2011 | Candelore |
| 2011/0126106 | A1 | 5/2011 | Ben Shaul et al. |
| 2011/0131493 | A1 | 6/2011 | Dahl |
| 2011/0138331 | A1 | 6/2011 | Pugsley et al. |
| 2011/0191684 | A1* | 8/2011 | Greenberg .................... 715/719 |
| 2011/0197131 | A1 | 8/2011 | Duffin et al. |
| 2011/0200116 | A1 | 8/2011 | Bloch et al. |
| 2011/0202562 | A1 | 8/2011 | Bloch et al. |
| 2011/0246885 | A1 | 10/2011 | Pantos et al. |
| 2011/0252320 | A1 | 10/2011 | Arrasvuori et al. |
| 2011/0264755 | A1 | 10/2011 | Salvatore De Villiers |
| 2012/0005287 | A1 | 1/2012 | Gadel et al. |
| 2012/0094768 | A1 | 4/2012 | McCaddon et al. |
| 2012/0110620 | A1 | 5/2012 | Kilar et al. |
| 2012/0198412 | A1 | 8/2012 | Creighton et al. |
| 2012/0308206 | A1 | 12/2012 | Kulas |
| 2013/0046847 | A1 | 2/2013 | Zavesky et al. |
| 2013/0054728 | A1 | 2/2013 | Amir et al. |
| 2013/0055321 | A1 | 2/2013 | Cline et al. |
| 2013/0188923 | A1* | 7/2013 | Hartley .................... H04N 9/87 386/241 |
| 2013/0259442 | A1 | 10/2013 | Bloch et al. |
| 2013/0282917 | A1 | 10/2013 | Reznik et al. |
| 2014/0040280 | A1 | 2/2014 | Slaney et al. |
| 2014/0078397 | A1 | 3/2014 | Bloch et al. |
| 2014/0082666 | A1 | 3/2014 | Bloch et al. |
| 2014/0129618 | A1* | 5/2014 | Panje et al. ................... 709/203 |
| 2014/0178051 | A1 | 6/2014 | Bloch et al. |
| 2014/0270680 | A1 | 9/2014 | Bloch et al. |
| 2014/0282013 | A1 | 9/2014 | Amijee |
| 2014/0380167 | A1 | 12/2014 | Bloch et al. |
| 2015/0067723 | A1 | 3/2015 | Bloch et al. |
| 2015/0104155 | A1 | 4/2015 | Bloch et al. |
| 2015/0179224 | A1 | 6/2015 | Bloch et al. |
| 2015/0181301 | A1 | 6/2015 | Bloch et al. |
| 2015/0199116 | A1 | 7/2015 | Bloch et al. |
| 2015/0293675 | A1 | 10/2015 | Bloch et al. |
| 2015/0294685 | A1 | 10/2015 | Bloch et al. |

FOREIGN PATENT DOCUMENTS

| EP | 2104105 | A1 | 9/2009 |
| GB | 2359916 | A | 9/2001 |
| GB | 2428329 | A | 1/2007 |
| JP | 2008005288 | A | 1/2008 |
| WO | WO-00/59224 | A1 | 10/2000 |
| WO | WO-2007/062223 | A2 | 5/2007 |
| WO | WO-2007/138546 | A2 | 12/2007 |
| WO | WO-2008/001350 | A2 | 1/2008 |
| WO | WO-2008/057444 | A2 | 5/2008 |
| WO | WO-2008052009 | A2 | 5/2008 |
| WO | WO-2009/137919 | A1 | 11/2009 |

OTHER PUBLICATIONS

Archos Gen 5 English User Manual Version 3.0, Jul. 26, 2007, pp. 1-81.

International Search Report for International Patent Application PCT/IL2012/000080 dated Aug. 9, 2012 (4 pages).

International Search Report for International Patent Application PCT/IL2012/000081 dated Jun. 28, 2012 (4 pages).

International Search Report for International Patent Application PCT/IL2010/000362 dated Aug. 25, 2010 (2 pages).

Supplemental European Search Report for EP10774637.2 (PCT/IL2010/000362) mailed Jun. 20, 2012 (6 pages).

## US 9,641,898 B2

Page 3

(56)            **References Cited**

OTHER PUBLICATIONS

Labs.byHook: "Ogg Vorbis Encoder for Flash: Alchemy Series Part 1," [Online] Internet Article, Retrieved on Jun. 14, 2012 from the Internet: URL:http://labs.byhook.com/2011/02/15/ogg-vorbis-encoder-for-flash-alchemy-series-part-1/, 2011, (pp. 1-8).
Yang, H, et al., "Time Stamp Synchronization in Video Systems," Teletronics Technology Corporation, <http://www.ttcdas.com/products/daus encoders/pdf/ tech papers/tp 2010 time stamp video system.pdf>, Abstract, (8 pages).
Barlett, Mitch, "iTunes 11: How to Queue Next Song," *Technipages*, Oct. 6, 2008, pp. 1-8, retrieved on Dec. 26, 2013 from the internet http://www.technipages.com/itunes-queue-next-song.html.
Gregor Miller et al. "MiniDiver: A Novel Mobile Media Playback Interface for Rich Video Content on an iPhoneTM", *Entertainment Computing A ICEC 2009*, Sep. 3, 2009, pp. 98-109.
International Search Report and Written Opinion for International Patent Application PCT/IB2013/001000 mailed Jul. 31, 2013 (12 pages).
Sodagar, I., (2011) "The MPEG-DASH Standard for Multimedia Streaming Over the Internet", *IEEE Multimedia*, IEEE Service Center, New York, NY US, vol. 18, No. 4, pp. 62-67.
Supplemental European Search Report for EP13184145 dated Jan. 30, 2014 (6 pages).
U.S. Appl. No. 13/622,780, Systems and Methods for Constructing Multimedia Content Modules, filed Sep. 19, 2012
U.S. Appl. No. 13/622,795, Progress Bar for Branched Videos, filed Sep. 19, 2012.
U.S. Appl. No. 13/838,830, Systems and Methods for Synchronization of Selectably Presentable Media Streams, filed Mar. 15, 2013.
U.S. Appl. No. 13/921,536, Systems and Methods for Multiple Device Interaction with Selectably Presentable Media Streams, filed Jun. 19, 2013.
U.S. Appl. No. 14/107,600, Methods and Systems for Unfolding Video Pre-Roll, filed Dec. 16, 2013.
U.S. Appl. No. 12/706,721, the Office Actions mailed Apr. 26, 2012, Aug. 17, 2012, Mar. 28, 2013, Jun. 20, 2013, and Jan. 3, 2014.
U.S. Appl. No. 13/033,916, the Office Actions mailed Jun. 7, 2013 and Jan. 2, 2014.
U.S. Appl. No. 13/034,645, the Office Actions mailed Jul. 23, 2012 and Mar. 21, 2013; and.
U.S. Appl. No. 13/622,780, the Office Action mailed Jan. 16, 2014.
U.S. Appl. No. 14/884,285, System and Method for Assembling A Recorded Composition, Oct. 15, 2015.
U.S. Appl. No. 14/984,821, System and Method for Synchronization of Selectably Presentable Media Streams, filed Dec. 30, 2015.
U.S. Appl. No. 14/509,700, Systems and Methods for Dynamic Video Bookmarking, filed Oct. 8, 2014.

U.S. Appl. No. 14/534,626, Systems and Methods for Parallel Track Transitions, filed Nov. 6, 2014.
U.S. Appl. No. 14/700,845, Systems and Methods for Nonlinear Video Playback Using Linear Real-Time Video Players, filed Apr. 30, 2015.
U.S. Appl. No. 14/700,862, Systems and Methods for Seamless Media Creation, filed Apr. 30, 2015.
U.S. Appl. No. 14/835,857, Systems and Methods for Adaptive and Responsive Video, filed Aug. 26, 2015.
U.S. Appl. No. 14/978,464, Intelligent Buffering of Large-Scale Video, filed Dec. 22, 2015.
U.S. Appl. No. 14/978,491, Seamless Transitions In Large-Schale Vidoe, filed Dec. 22, 2015.
U.S. Appl. No. 15/085,209, Media Stream Rate Synchronization, Mar. 30, 2016.
U.S. Appl. No. 12/706,721, now U.S. Pat. No. 9,190,110, the Office Actions mailed Apr. 26, 2012, Aug. 17, 2012, Mar. 28, 2013, Jun. 20, 2013, Jan. 3, 2014, Jul. 7, 2014, and Dec. 19, 2014; the Notices of Allowance mailed Jun. 19, 2014 and Jul. 17, 2015; the Notices of Allowability mailed Jul. 29, 2015, Aug. 12, 2015 and Sep. 14, 2015.
U.S. Appl. No. 13/033,916, the Office Actions mailed Jun. 7, 2013, Jan. 2, 2014, Aug. 28, 2014, Jan. 5, 2015, Jul. 9, 2015, and Jan. 5, 2016.
U.S. Appl. No. 13/034,645, the Office Actions mailed Jul. 23, 2012, Mar. 21, 2013, Sep. 15, 2014, and Jun. 4, 2015.
U.S. Appl. No. 13/437,164, now U.S. Pat. No. 8,600,220, the Notice of Allowance mailed Aug. 9, 2013.
U.S. Appl. No. 14/060,694, now U.S. Pat. No. 9,271,015, the Office Actions mailed Apr. 27, 2015 and Aug. 31, 2015, the Notice of Allowance mailed Oct. 13, 2015.
U.S. Appl. No. 13/622,780, now U.S. Pat. No. 8,860,882, the Office Action mailed Jan. 16, 2014, the Notice of Allowance mailed Aug. 4, 2014.
U.S. Appl. No. 13/622,795, now U.S. Pat. No. 9,009,619, the Office Actions mailed May 23, 2014 and Dec. 1, 2014, the Notice of Allowance mailed Jan. 9, 2015.
U.S. Appl. No. 13/838,830, now U.S. Pat. No. 9,257,148, the Office Action mailed May 7, 2015, the Notice of Allowance mailed Nov. 6, 2015.
U.S. Appl. No. 13/921,536, the Office Actions mailed Feb. 25, 2015 and Oct. 20, 2015.
U.S. Appl. No. 14/107,600, the Office Actions mailed Dec. 19, 2014 and Jul. 8, 2015.
U.S. Appl. No. 14/335,381, the Office Action mailed Feb. 12, 2016.
U.S. Appl. No. 14/140,007, the Office Action mailed Sep. 8, 2015.
U.S. Appl. No. 14/249,627, the Office Action mailed Jan. 14, 2016.
U.S. Appl. No. 14/534,626, the Office Action mailed Nov. 25, 2015.

* cited by examiner



FIG. 1



FIG. 2

U.S. Patent     May 2, 2017     Sheet 2 of 4     US 9,641,898 B2



FIG. 3



**FIG. 4**



**FIG. 5A**



**FIG. 5B**



**FIG. 5C**



**FIG. 5D**

US 9,641,898 B2

# 1

## METHODS AND SYSTEMS FOR IN-VIDEO LIBRARY

### FIELD OF THE INVENTION

The present disclosure relates generally to dynamic video playback, and more particularly to methods and systems for presenting a seamless video stream based on user selections of video segments from an in-video library that is maintained in real-time.

### BACKGROUND

Over the past decade there has been an exponential growth in the prevalence of streaming media in the lives of the general public. Users frequently listen to streaming music on Internet radio stations such as Pandora, and watch streaming television shows, movies, and video clips on websites such as Hulu, Netflix, and YouTube. Existing video providers like YouTube provide access to a substantial body of video clips; however, there is no easy way to search and manipulate these videos to gather them for later viewing, while at the same time viewing an uninterrupted video stream. Accordingly, users would benefit from a dynamically updated video library that can be provided in parallel with the presentation of a video stream.

### SUMMARY

Various implementations of methods and systems are described herein for providing an in-video library that is updated and arranged in real-time during playback of a video stream, and for presenting a seamless video stream to a user based on a selection of video segments from the library.

In one aspect, a system includes a video player programmed to present a video stream to a user. During presentation of the video stream, the video player displays, to the user, at least a portion of a library of selectable prerecorded video segments, and a selection of one or more of the prerecorded video segments from the library is received from the viewer. The video player displays a video segment watch-list that includes the selected prerecorded video segments. The video player then presents to the user the segments in the video segment watch-list as part of the video stream.

In various implementations, the system includes one or more of the following features. A portion of the library can be selected for display to the user based on content presented in the video stream and/or demographic information associated with the user, and/or geographical information associated with the user. During presentation of the video stream, the video player captures a video segment of the video stream and adds the captured video segment to the library. During presentation of the video stream, the video player receives a selection of a video segment in the library and/or the video segment watch-list, and immediately plays the selected video segment. The video player automatically orders the selected prerecorded video segments in the video segment watch-list based at least in part on content of each of the selected prerecorded video segments. Automatically ordering the selected prerecorded video segments includes, for example, identifying a theme of each of the selected segments, and grouping segments having a similar theme in temporal proximity.

In one implementation, during playback of the video stream, the video player receives a selection of additional

# 2

prerecorded video segments from the library, and for each of the additional prerecorded video segments, the video player determines, based at least in part on content of the additional segment, a location in the video segment watch-list at which to insert the additional segment. The video player then continues, without interruption, the presentation of the video stream which includes the additional prerecorded video segments in the video segment watch-list. Determining the location to insert the additional segment can include identifying a theme of the additional segment, and inserting the additional segment in temporal proximity to other segments in the video segment watch-list that have a similar theme.

In various implementations, the system can include additional features. For example, the prerecorded video segments can be selected from the group consisting of instant replays, news segments, music videos, and commercials. The library of prerecorded video segments can be shared among users, who can be connected via a social network, randomly selected members of the public, or other users having similar demographics and/or viewing histories. The new video segments can, in some cases, be received from users of the system. The video player automatically inserts a transition segment between first and second prerecorded video segments in the video stream, and the segment can be based on at least one of content of the first prerecorded video segment and content of the second prerecorded video segment. The video player overlays at least one of the library and the video segment watch-list on the video stream.

In another aspect, a computer-implement method includes presenting a video stream to a user. During presentation of the video stream, at least a portion of a library of selectable prerecorded video segments is displayed to the user, and a selection of one or more of the prerecorded video segments from the library is received. A video segment watch-list is also displayed, which includes the selected prerecorded video segments. The segments in the video segment watch-list are presented to the user as part of the video stream.

In various implementations, the method includes one or more of presenting a live video broadcast to the user, and, in certain instances, presenting the video stream to the user during presentation of the live video broadcast. The live video broadcast can be any of a sporting event, a newscast, a television show, and an entertainment event.

In some instances, the method further includes automatically determining when an event of interest has occurred in the live video broadcast. The method can further include the steps of providing a notification to the user that the event of interest has occurred, and allowing the user to switch a currently playing video to the live video broadcast.

In other implementations, the method further includes the step of determining the occurrence of the event of interest based on at least one of an audience sound level, a change in score, a change in scene, a change in audio, identified text, and identified speech, and, in some cases, automatically switching to the live broadcast video upon determining that the event of interest has occurred.

In yet another implementation, the method further includes the steps of capturing a video segment of the event of interest, and adding the captured video segment to the library during presentation of the live video broadcast. The live video broadcast can be at least partially hidden to the user during presentation of the video stream.

Other aspects and advantages of the invention will become apparent from the following drawings, detailed

US 9,641,898 B2

**3**

description, and claims, all of which illustrate the principles of the invention, by way of example only.

BRIEF DESCRIPTION OF THE DRAWINGS

A more complete appreciation of the invention and many attendant advantages thereof will be readily obtained as the same becomes better understood by reference to the following detailed description when considered in connection with the accompanying drawings. In the drawings, like reference characters generally refer to the same parts throughout the different views. Further, the drawings are not necessarily to scale, with emphasis instead generally being placed upon illustrating the principles of the invention.

FIG. **1** is an example diagram of a video player.

FIG. **2** is an example diagram of a video player with a live video layer.

FIG. **3** is an example flowchart of a method for presenting an in-video library.

FIG. **4** is an example flowchart of a method for presenting live video.

FIGS. **5A-5D** are example diagrams of editor and user interactions with a video library.

DETAILED DESCRIPTION

Described herein are various implementations of methods and supporting systems for providing an in-video library that is updated and arranged in real-time, during playback of video, and for presenting a seamless video stream to a user based on a selection of video segments from the library.

FIG. **1** depicts one implementation of a video player **100** having a video display area **110**, a video segment watch-list **130** and a video library **150**. The watch-list **130** and/or the video library **150** can be overlaid on the video display area **110**, and a user can interact with these components in real-time as video is played in the video display area **110**. Further, the watch-list **130** and/or the video library **150** can be changed in size, moved around the video display area **110**, minimized to an interface control (e.g., a button), and/or otherwise manipulated by the user to alter the available viewing area in the video display area **110**.

The video display area **110** defines the space in which a video is presented to a user. The video display area **110** can show videos that are selected directly from the watch-list **130** or video library **150**, or played automatically from the watch-list **130** (e.g., videos are played one after the other, in the order shown in the watch-list **130**). A video shown in the video display area **110** may be manipulated by the user through typical video playback controls (e.g., play, pause, rewind, fast-forward, volume controls, etc.), which may also be overlaid on the video display area **110**, or which may be disposed on a different portion of the video player **100**.

The watch-list **130** provides an ordered list of audio/video segments **120a-120d** to be played in the video display area **110**. The segments **120a-120d** can be added to the watch-list **130** from the video library **150**, further described below. The video player **100** can play each segment in the order it appears in the watch-list **130** and, as one segment completes, the next segment, if any, in the watch-list **130** can be played immediately and seamlessly. For example, the segments **120a-120d** in the watch-list **130** can be played as a continuous video stream, such that no noticeable delay or buffering occurs between the segments **120a-120d** and no user interaction is required to continue playing subsequent segments. To avoid interruptions in the video stream, intelligent buffering and progressive downloading of the video, audio,

**4**

and/or other media content can be performed as described in U.S. patent application Ser. No. 13/437,164, filed Apr. 2, 2012, and entitled "Systems and Methods for Loading More Than One Video Content at a Time," the entirety of which is incorporated by reference herein. For example, upcoming video segments in the watch-list **130** can be downloaded at least in part prior to presentation to the user, so that the video stream can proceed smoothly from one segment to the next, and also so that the user can jump immediately to a particular segment by selecting it in the watch-list **130**. In other cases, the video player **100** can begin downloading segments upon their selection in the watch-list **130** or library **150**, but the transition to playback of the segment will occur only after enough of the video has been buffered to allow for uninterrupted playback.

There can also be smooth graphical transitions between segments (e.g., a fade effect). In other implementations, the video player **100** can add intelligent transitions between two or more segments. For example, if the watch-list **130** contains a golf highlight video segment followed by a basketball highlight video segment, the video player **100** can insert one or more audio and/or video transitions between the segments based on the preceding segment (golf), the subsequent segment (basketball), or both. For instance, a video segment may be inserted in which a sports announcer says, "And that's it for today's golf highlights—now, basketball."

The watch-list **130** can include visual representations of the list of segments **120a-120d**, for example, video frame thumbnails, icons, textual descriptors, or other identifiers. The watch-list can also display visual representations of previously played audio/video segments or a currently playing audio/video segment. The user can scroll through the watch-list using an input device (e.g., mouse, touchpad, motion detector, etc.) to see visual representations of segments (previously played and upcoming, if any) that do not fit in the watch-list **130** display area. The user can also use the input device to manipulate the watch-list, for example, to reorder the segments **120a-120d**, remove one or more of the segments **120a-120d**, insert a segment from the video library **150** into a particular location in the watch-list **130**, and select a segment to be instantly played or replayed. Any of these operations can be performed while a video is playing in the video display area **110**, and playback of the video segments **120a-120d** can change to reflect modifications made to the watch-list **130**.

In some implementations, when audio/video segments are added to the watch-list **130**, the segments are automatically ordered based on factors such as, e.g., the content of one or more of the segments, metadata associated with one or more of the segments, the date the segments were added to the library, segment length, segment title, and so on. The newly added segments (or segment) can be ordered and inserted into an appropriate place in the watch-list **130** based on one or more of the foregoing factors. In some cases, some or all of the segments currently in the watch-list **130** can be reordered to correspond with the method used to order the newly added segments.

Segments added to or existing in the watch-list **130** can be ordered by an identified theme of one or more of the segments. For example, a user selects, for addition to the watch-list **130**, a mix of sports highlights from the video library **150**, including a hole-in one by Jim Furyk and a long putt by Phil Mickelson in the U.S. Open golf tournament, a game winning touchdown in a Patriots-Giants football game, a penalty kick in a World Cup match between Italy and Spain, and a Hail Mary pass by Ben Roethlisberger in a Steelers-Packers football game. The video player **100** can

US 9,641,898 B2

5

reorder the segments in the watch-list **130** by theme (in this case, by sport), and place the segments having the same or similar themes in temporal proximity. As a result, the user is presented with a seamless video stream of highlight segments grouped by sport (e.g., first, the two golf segments, then the two football segments, and finally, the soccer segment).

A similar reordering and segment insertion process can be performed if the user adds segments to a watch-list **130** that already contains segments. This process can be performed in real-time, while the video player **100** is presenting video segments from the watch-list **130** to the user. Thus, during playback of the video stream of video segments in the watch-list **130**, the user can select one or more additional prerecorded video segments from the library **150** and, for one or more of the additional segments, the video player **100** can determine an appropriate location in the watch-list at which to insert the segment. The appropriate location can be determined based on factors such as, e.g., the content of the segment and/or other segments in the watch-list, metadata associated with one or more of those segments, the date those segments were added to the library, segment length, segment title, and so on. Referring back to the sports highlight example above, while the highlight video stream is playing, the user selects an additional World Cup video segment. The video player **100** can then identify the theme of the segment (soccer), and insert the segment in temporal proximity (e.g., near or next) to other segment(s) having the same or similar theme (e.g., the other soccer segment) in the watch-list (assuming the other segment(s) not already been played). If there is no appropriate place to insert an added segment, the video player **100** can insert the segment into a default position in the watch-list **130**, such as the end.

The video library **150** includes a collection of prerecorded audio/video segments that can be immediately played or added to the watch-list **130** for playback in the video display area **110**. The audio/video segments can include any type of content, including, but not limited to, instant replays, news segments, music videos, and commercials. The video library **150** can provide visual representations (e.g., video frame thumbnails, icons, textual descriptors, or other identifiers) of the segments that can be manipulated by the user (e.g., in index form, as further described below). To add a segment to the watch-list **130**, a user can, e.g., drag the associated visual representation into the watch-list **130**, double-click the visual representation, etc. In some instances, a user can play an audio/video segment from the library immediately, with or without adding it to the watch-list **130**. Other ways for a user to select a video segment from the library **150** can include browsing the index **155**, jumping to a particular event (e.g., the first goal in a soccer game), jumping to a time (e.g., fifteen minutes into a news broadcast), and searching for an event by type, person, or other metadata (e.g., the name of an athlete, city, content category, etc.).

As one example, shown in FIG. **1**, the video library **150** includes an index **155**, that is, a structured list of some or all of the topics that exist in the library. The user can interact with and browse through the library **150** by, for example, expanding and collapsing the topic folders in the index **155**, using search functionality (e.g., search by name, metadata, tag, keyword, or other criteria) to filter the items in the index **155**, and/or by selecting options presented by the video player **100** (e.g., suggested video segments to watch based on previous selections made by the user and/or other users). The items in the index **155** can be arranged in a hierarchical structure, with topics becoming more specific as the user drills down into subfolders. In FIG. **1**, the example index

6

**155** includes topics for "Sports Highlights" and "News Highlights." The "Sports Highlights" topic is expanded, showing "Golf" and "Baseball," which are further expanded as shown. The user can select audio/video segments for immediate playback or for adding to the watch-list **130** using the index **155**. For example, the video library **150** can contain all of the shots made by each player in a golf tournament. Using the index **155**, the user can select which particular shots, holes, players, etc. to add to the watch-list **130** for viewing. If the user selects multiple segments for playback at once (e.g., by selecting a folder having multiple items within), all of the segments can be added to the watch-list (and, in some cases, one of the segments can be played immediately in the video display area **110**). The user can interact with the video library **150** and index **155** as described herein in real-time while a video is playing in the video display area **110**.

In one implementation, based on one or more factors, the video library **150** and/or index **155** displayed to the user by the video player **100** includes only a portion of the available segments in the library **150** and/or topics in the index **155**, respectively. The factors can include attributes associated with the user, such as geographical information (e.g., location, country, etc.), demographic information (e.g., age, income range, etc.), weather, time, date, videos previously watched or currently being watched by the user, videos previously watched or currently being watched by other users, videos in the watch-list **130** of the user or other users, social networking information (e.g., the user's friends, likes, group associations, etc.), and the like. The index **155** can be sorted based on one or more of the factors, for example, to put audio/video segments that may be more relevant to the user at or near the top of the index **155**. In another case, the video player **100** makes video segment recommendations to the user based on one or more of the factors. Recommended videos can be played immediately or added to the watch-list (automatically or on selection by the user). In one example, the video player **100** changes the display of the library **150** and/or suggests particular video segments based on content currently being played, e.g., if a player commits a foul in a soccer game, the video player **100** can suggest video segments in the library **150** that show previous fouls in the game, previous fouls by the player, and other related segments.

In some implementations, the video library **150** and the index **155** are updated in real-time as audio/video segments are added to or removed from the library **150** (via automated methods and/or manual user input). Using manual methods, a user can upload prerecorded audio/video segments to the library **150** or, while a video stream is playing in the video display area **110**, the user can capture a portion of the stream and add it to the library **150** as a video segment, using controls or other interface elements on the video player **100**. The user can tag the video segment or manually sort it into an appropriate place in the index **155**.

With respect to automated methods, the video player **100** can be configured to automatically capture a portion of a playing video stream and add it as a segment to the video library **150**. Events of interest can be automatically captured by the video player **100**. Events of interest can include, for example, a homerun in a baseball game, a breaking news story, a song during a concert, and so on. The video player **100** can detect when an event of interest has occurred and begin capturing video at that time, or slightly before (the video player **100** can maintain a buffer for video already viewed, allowing it to capture video 5 seconds, 10 seconds, 30 seconds, etc. before the event occurrence). The video

US 9,641,898 B2

7                                            8

player **100** can detect when an event of interest has occurred based on, for example, audience sound level or reaction (e.g., cheers, laughter) a change in score (e.g., in a sports game), a change in scene (e.g., a change to a commercial), a change in audio (e.g., a change in music), identified text (e.g., keywords detected by optical character recognition), and identified speech (e.g., keywords detected by voice recognition).

The video player **100** can stop capturing video automatically by detecting an end to the event, or it can stop capturing video after an amount of time, which may vary based on the video stream content (e.g., instant replays in sports may only require around 20 seconds of video, whereas a song in a concert may require video capture of several minutes). In some circumstances, user input can be necessary to direct the video player **100** to continue or to stop capturing video. Automatically captured segments can also be automatically sorted in the index **155**. For example, the video player **155** can sort captured segments based on their content, metadata associated with the video stream, or other suitable attributes that can be detected or evaluated.

The video library **150** may be unique to each user, or it may be shared by multiple users (e.g., individuals, applications, organizations, and/or other entities). For a video library **150** that is shared, some or all of the sharers can have the ability to modify the library **150**; e.g., by adding/removing segments, modifying metadata associated with segments, sorting segments in the index **155**. As changes are made to the library **150** by one sharer, the changes can be reflected in real-time to the other sharers. For example, a video library can be shared by a university professor and students in a class taught by the professor. The professor may have full access to the library (e.g., read/write/modify), while the students have only the ability to view the videos in the library. After each class, the professor adds a video recording of the lecture to the shared library and indexes it appropriately. Immediately thereafter, the video segment can be accessed by the students through their instances of the shared video library.

In some implementations, the video player **100** can present a live broadcast video stream (e.g., a sporting event, a newscast, a television show, an entertainment event, and the like) simultaneously with or instead of prerecorded audio/video segments. Referring to FIG. **2**, in one implementation the video player **100** includes a live video layer **200** that can be disposed behind or in front of the video display area **110**, or can be hidden entirely, e.g., when prerecorded audio/video segments are being played in the video display area **110**. One or more of the live video layer **200** and the video display area **110** can be partially or fully hidden or transparent, or can be resized or moved with respect to each other. For example, when the user selects a video segment(s) for playback from the library **150**, the live video layer **200** can become transparent until the video segment(s) have completed playback, at which point the video player **100** can transition back to the live broadcast video stream on the live video layer **200**.

The live video layer **200** can also occupy a portion of the video display area **110** during simultaneous playback of a live broadcast and prerecorded video segments such that a user can view both at once, similar to a picture-in-picture display. Alternatively or additionally, the live broadcast layer **200** can be displayed in a separate window or device (e.g., the live broadcast layer **200** is shown on an iPad® tablet while prerecorded video segments are shown on a laptop computer). In some implementations, one device can serve as an input device to control the video player **100**,

while another device operates as an output device to display video. Interactions between multiple video playback devices can be performed as described in U.S. patent application Ser. No. 13/921,536, filed Jun. 19, 2013, and entitled "Systems and Methods for Multiple Device Interaction with Selectably Presentable Media Streams," the entirety of which is incorporated by reference herein. When the live video layer **200** and/or the video display area **110** is hidden or made inactive, the audio playing in the hidden/inactive screen can be automatically muted or reduced in volume. In other implementations, the audio on the hidden/inactive screen can continue to play while audio on the visible/active screen is muted or reduced in volume.

The watch-list **130**, video library **150**, and/or user interface elements can be fully or partially visible at all times on one or both of the live video layer **200** and the video display area **110**, or can appear when active and then disappear after a delay. User interface elements can include, but are not limited to, audio/video playback controls, volume controls, selectable options, indexes, tables, images, statistics, and so on. For example, one interface element can present a current score and other notable information for a sporting event being played on the live video layer **200**. This interface element can remain visible to the user even when watching prerecorded video segments in the video display area **110**. The video player **100** can also include a dynamic progress bar that shows the duration of a prerecorded segment and the time that the segment was originally recorded. The video player **100** can also include social networking and voting integration so that the user can rate and comment on video segments, as well as recommend video segments to other users.

As described above, the video player **100** can detect when an event of interest has occurred in a video stream. If an event of interest occurs in a live broadcast stream while it is partially or fully hidden (e.g., if the user is watching prerecorded video segments on the video display area **110**), the video player **100** can notify the user (e.g., using on-screen graphical or textual elements) of the event of interest and automatically display at least a portion of the live video layer **200**, or prompt the user to do so. The video player **100** can also automatically capture events of interest in the live broadcast, as well as allow a user to manually capture video segments in the live broadcast, and add captured segments to the video library **150** in real-time, as discussed above. For example, as a user is browsing news segments in the video library **150**, recent news segments can be added, causing the library **150** to be dynamically updated and the segments to be made available to the user. If the user switches to the live video stream, a video segment playing in the video display area **110** can be paused or bookmarked to allow the user to resume playback at the same point. In some implementations, while the live video layer **200** is hidden or inactive, the live broadcast stream can be paused, delayed, or saved in a buffer so that the user can catch up on missed content (e.g., during a commercial, the video player **100** can skip ahead to the current live broadcast time).

Referring now to FIG. **3**, in one implementation, a method for presenting a video stream to a user includes a video player **100** that presents a video stream to a user (STEP **302**). During presentation of the video stream, the video player **100** displays a watch-list of video segments to be played for the user (STEP **304**). The video segments to be played can be selected from a library of selectable prerecorded video segments. The library can be displayed in whole or in part to the user, and can include an index that the user can browse to find video segments of interest. At STEP **306**, a determi-

US 9,641,898 B2

9

nation is made as to whether the user has entered the library index and, if so, the index is presented to the user (STEP 310). If the user has not entered the library index, a determination is made as to whether the user has reached a decision point and/or entered a decision period in the currently playing video segment (STEP 308). If a decision point or period has not been reached, the video stream continues to play for the user (STEP 320).

Upon reaching a decision point or period, the user may be provided with one or more video segment options for continuing the video stream (STEP 312). For example, the video player 100 may suggest a number of different segments based on the currently playing segment (e.g., if the user is watching golf highlights, the player suggests other golf-related video segments). The video player 100 may also provide video segment options that seamlessly connect or transition from the playing segment, as further described herein. After providing the library index (STEP 310) or suggesting video segment continuations (STEP 312), the video player 100 can receive a selection of a video segment to be played (e.g., from the library or one of the suggested segments). If the user selects the segment for immediate playback (STEP 314), the selection is played immediately (STEP 316). Otherwise the selected segment is added to the watch-list (STEP 318). In both cases, the user can then continue watching the video stream (STEP 320).

Other operations can occur during playback of the video stream. Referring still to FIG. 3, if the end of a video segment has been reached (STEP 330), the watch-list is evaluated to determine whether there are further segments for playback (STEP 332). If there is at least one segment in the watch-list, the next segment is played (STEP 334) and the user can continue to watch the video stream (STEP 320). If the watch-list is empty, the video stream can stop or the video player 100 can suggest video segments for playback to the user. The video player 100 can also automatically select and play video segments (STEP 336), e.g., based on the previously played segments, user attributes, or other factors as described herein.

In STEP 340, a point of interest is reached in the video stream. The point of interest can refer to an event of interest (e.g., score change, musical number, etc.) that is automatically detected or manually tagged by a user. If no point of interest is reached, the video stream continues to play (STEP 320). Otherwise, the interesting event can be recorded automatically or manually (STEP 342), and the captured video segment can be added to the video library (STEP 344).

Referring to FIG. 4, in one implementation, a method for presenting a live video stream to a user includes presenting, by a video player, a live broadcast video stream (STEP 402). If a selection of a prerecorded video segment is received from the user (STEP 404), the video player presents the segment partially or fully overlaid on the live video (STEP 406). If an event of interest in the live video occurs during playback of the prerecorded video segment (STEP 408), the user is notified of the occurrence (STEP 410). Otherwise, playback of the segment continues until completion. After notification of the event of interest (STEP 410), the user can return to the live broadcast video stream (STEP 412).

In one implementation, the present system includes two types of users: viewers and editors. Viewers can use the video player 100 to watch seamlessly connected, prerecorded video segments. Editors can use the video player 100 to record and capture streaming video segments and add them to the video library 150. A user can be both an editor and a viewer. Before and during video playback (live or prerecorded video stream), editors can add video segments

10

to a shared library 150 that can viewed by the editor and/or by other users. A live video editor can add segments recorded before a live event, such as interviews or previously occurring events. For example, after a homerun that occurs during the live broadcast of a baseball game, the live video editor can add video segments showing previous homeruns by the same player, or an interview in which the player predicts that he will hit another homerun. A live video editor can also add segments captured during a live event (e.g., instant replays). Segments added by the live video editor can also be inserted into the video streams of users while the live broadcast is being presented.

FIGS. 5A-5D depict various examples of editors and their interactions with the video library 150. In FIG. 5A, a content provider 510 can add video segments to the video library 150 for later viewing by users 520. For example, when a content provider, such as a broadcast company, creates a segment to be added to the library 150, it can be creating the same or similar footage that it would use for a standard broadcast stream. In FIG. 5B, a user 522 acts as both a viewer and editor by creating video segments himself and adding them to the video library 150, and viewing the created segment or other segments from the library 150. In FIG. 5C, a group of users 520 shares the video library 150 and views the same video stream together. When one of the users 520 creates a segment, it can appear in the shared library 150 for selection and viewing by all users of the group 520. FIG. 5D represents the situation in which the system is an automated editor 540; that is, interesting events are automatically identified, recorded, and added as video segments to the library for viewing by users 520.

When an editor creates a new video segment he can control various attributes and features associated with the segment, such as start point (e.g., start recording immediately or a number of seconds earlier in order to capture from the beginning of an event of interest), end point, title, and other metadata (e.g., persons in the video, type of event, etc.). The editor can also categorize or tag the segment, e.g., by associating it with a sports team, player name, topic, and so on. The editor can perform basic video editing operations, such as trimming and pacing the segment, combining segments or portions of segments, selecting angles to display, adding transitions between segments, adding music or other audio, and adding graphical effects. The editor can also add user interface elements to a captured video segment, such as links, social networking sharing buttons, voting buttons, and the like. Any or all of these editor operations can be automated in full or in part. In some implementations, a video library can be associated with a particular editor such that the library includes segments created by the editor. Users can search for segments by a particular editor, and view, rate, and comment on each segment or editor. The system can also use Google+, Facebook, or other social networks to provide users with segments or editors having content that can be viewed.

In some implementations, the video player 100 tracks data regarding user interactions, users, and/or player devices, and provides the data to an analytics server. Collected analytics can include, but are not limited to: the number, type, and/or location of a device; user data, such as login information, name, address, age, sex, and the like; user interactions, such as button/touchpad presses, mouse clicks, mouse/touchpad movements, interaction timings, and the like; and decisions made by users or automatically (e.g., video segments watched). The analytics can include those described in U.S. patent application Ser. No. 13/034,645, entitled "System and

US 9,641,898 B2

11

Method for Data Mining within Interactive Multimedia," and filed Feb. 24, 2011, the entirety of which is incorporated by reference herein.

The present system offers a multitude of uses. In one example, several users watch the same live sporting event, and each user can capture and edit events of interest and share the resulting video segments with each other through a shared video library. In another example, a content provider creates an edited video segment of a soccer goal from different angles and either inserts it into a live broadcast video stream viewed by multiple users, or adds it to a shared video library so that the users can choose when to view the segment. In yet another example, during a live event or prerecorded video stream, an editor can insert commercials into the video stream or add them to a shared library, and configure the video player **100** to reward users that watch the commercial. As a further example, during a live concert or standup comedy show, segments can be captured for each song or joke, and users can watch the segments again by selecting them from the video library. In another example, during a videoconference call a user can save parts of the conversation as segments, and then use the segments to create a video summary of the meeting.

The present techniques can also be used in conjunction with seamlessly assembled and selectably presentable multimedia content, such as that described in U.S. patent application Ser. No. 13/033,916, filed Feb. 24, 2011, and entitled "System and Method for Seamless Multimedia Assembly," and U.S. patent application Ser. No. 14/107,600, filed Dec. 16, 2013, and entitled "Methods and Systems for Unfolding Video Pre-roll," the entireties of which are incorporated by reference herein. The prerecorded video segments can be selectably presentable multimedia content and can include, for example, one or more predefined, separate multimedia content segments that are combined to create a continuous, seamless presentation such that there are no noticeable gaps, jumps, freezes, or other visual or audible interruptions to video or audio playback between segments. In addition to the foregoing, "seamless" can refer to a continuous playback of content that gives the user the appearance of watching a single, linear multimedia presentation, as well as a continuous playback of multiple content segments that have smooth audio and/or video transitions (e.g., fadeout/fade-in, linking segments) between two or more of the segments.

In some instances, the user is permitted to make choices or otherwise interact in real-time at decision points or during decision periods interspersed throughout the multimedia content. Decision points and/or decision periods can occur at any time and in any number during a multimedia segment, including at or near the beginning and/or the end of the segment. Decision points and/or periods can be predefined, occurring at fixed points or during fixed periods in the multimedia content segments. Based at least in part on the user's choices made before or during playback of content, one or more subsequent multimedia segment(s) associated with the choices can be presented to the user. In some implementations, the subsequent segment is played immediately and automatically following the conclusion of the current segment, whereas in other implementations, the subsequent segment is played immediately upon the user's interaction with the video, without waiting for the end of the decision period or the segment itself.

If a viewer does not make a selection at a decision point or during a decision period, a default or random selection can be made by the system. In some instances, the user is not provided with options; rather, the system automatically selects the segments that will be shown based on information that is associated with the user, other users, or other factors, such as the current date. For example, the system can automatically select subsequent segments based on the user's IP address, location, time zone, the weather in the user's location, social networking ID, saved selections, and so on. The system can also automatically select segments based on previous selections made by other users, such as the most popular suggestion or shared selections. The information can also be displayed to the user in the video, e.g., to show the user why an automatic selection is made. As one example, video segments can be automatically selected for presentation based on the geographical location of three different users: a user in Canada will see a twenty-second beer commercial segment followed by an interview segment with a Canadian citizen; a user in the US will see the same beer commercial segment followed by an interview segment with a US citizen; and a user in France is shown only the beer commercial segment.

Multimedia segment(s) selected automatically or by a user can be presented immediately following a currently playing segment, or can be shown after other segments are played. Further, the selected multimedia segment(s) can be presented to the user immediately after selection, after a fixed or random delay, at the end of a decision period, and/or at the end of the currently playing segment. Two or more combined segments form a seamless multimedia content path, and there can be multiple paths that a user can take to experience a complete, start-to-finish, seamless presentation. Further, one or more multimedia segments can be shared among intertwining paths while still ensuring a seamless transition from a previous segment and to the next segment. The content paths can be predefined, with fixed sets of possible transitions in order to ensure seamless transitions among segments. There can be any number of predefined paths, each having any number of predefined multimedia segments. Some or all of the segments can have the same or different playback lengths, including segments branching from a single source segment.

Traversal of the multimedia content along a content path can be performed by selecting among options that appear on and/or around the video while the video is playing. In some implementations, these options are presented to users at a decision point and/or during a decision period in a content segment. The display can hover and then disappear when the decision period ends or when an option has been selected. Further, a countdown or other visual, aural, or other sensory indicator can be presented during playback of content segment to inform the user of the point by which he must make his selection. For example, the countdown can indicate when the decision period will end, which can be at a different time than when the currently playing segment will end. If a decision period ends before the end of a particular segment, the remaining portion of the segment can serve as a non-interactive seamless transition to one or more other segments. Further, during this non-interactive end portion, the next multimedia content segment (and other potential next segments) can be downloaded and buffered in the background for later playback (or potential playback).

The segment that is played after a currently playing segment can be determined based on an option selected or other interaction with the video. Each available option can result in a different video and audio segment being played. As previously mentioned, the transition to the next segment can occur immediately upon selection, at the end of the current segment, or at some other predefined or random point. Notably, the transition between content segments can be seamless. In other words, the audio and video can

US 9,641,898 B2

13

continue playing regardless of whether a segment selection is made, and no noticeable gaps appear in audio or video playback between any connecting segments. In some instances, the video continues on to another segment after a certain amount of time if none is chosen, or can continue playing in a loop.

In one example, the multimedia content is a music video in which the user selects options upon reaching segment decision points to determine subsequent content to be played. First, a video introduction segment is played for the user. Prior to the end of the segment, a decision point is reached at which the user can select the next segment to be played from a listing of choices. In this case, the user is presented with a choice as to who will sing the first verse of the song: a tall, female performer, or a short, male performer. The user is given an amount of time to make a selection (i.e., a decision period), after which, if no selection is made, a default segment will be automatically selected. The default can be a predefined or random selection. Of note, the media content continues to play during the time the user is presented with the choices. Once a choice is selected (or the decision period ends), a seamless transition occurs to the next segment, meaning that the audio and video continue on to the next segment as if there were no break between the two segments and the user cannot visually or audibly detect the transition. As the music video continues, the user is presented with other choices at other decisions points, depending on which path of choices is followed. Ultimately, the user arrives at a final segment, having traversed a complete multimedia content path.

Users can interact with the video player 100 through various input devices, such as desktop computers, laptops, televisions, smartphones, smart glasses, cellular phones, tablets, gaming devices, DVD players, media players, set-top boxes, and a device having a suitable input interface such as a keyboard, mouse, trackball, touchpad, touch-screen, remote control, eye tracker, motion tracker, microphone, and the like. The video player 100 presents video streams to users via output devices, such as desktop computers, laptops, televisions, smartphones, cellular phones, tablets, smart glasses, gaming devices, DVD players, media players, set-top boxes, and/or any devices having a suitable visual display, audio, and/or other sensory output interface such as a display screen, projector, speaker, and the like. A single device can perform both input and output functions. For example, a smartphone can allow a user to provide input using a touchscreen, while viewing video on the display screen of the phone. Alternatively, a single device can have both input and output capabilities, but may be used for only input or output. For example, the smartphone can be used as an input device to interact with a video that is being played on a television.

More generally, the functions provided by the video player 100 can be implemented in any appropriate hardware or software. If implemented as software, the invention can execute on a system capable of running a commercial operating system such as the Microsoft Windows® operating systems, the Apple OS X® operating systems, the Apple iOS® platform, the Google Android™ platform, the Linux® operating system and other variants of UNIX® operating systems, and the like.

Some or all of the described functionality can be implemented in software downloaded to or existing on the user's device. Some of the functionality can exist remotely; for example, video encoding functions can be performed on one or more remote servers. In some implementations, the user's

14

device serves only to provide output and input functionality, with the remainder of the processes being performed remotely.

The local and/or remote software can be implemented on hardware such as a smart or dumb terminal, network computer, personal digital assistant, wireless device, smartphone, tablet, television, gaming device, music player, mobile telephone, laptop, palmtop, wireless telephone, information appliance, workstation, minicomputer, mainframe computer, or other computing device, that is operated as a general purpose computer or a special purpose hardware device that can execute the functionality described herein. The software can be implemented on a general purpose computing device in the form of a computer including a processing unit, a system memory, and a system bus that couples various system components including the system memory to the processing unit.

The described systems can include a plurality of software processing modules stored in a memory and executed on a processor in the manner described herein. The program modules can be in the form of a suitable programming languages, which is converted to machine language or object code to allow the processor or processors to read the instructions. The software can be in the form of a standalone application, implemented in any suitable programming language or framework.

Method steps of the techniques described herein can be performed by one or more programmable processors executing a computer program to perform functions of the invention by operating on input data and generating output. Method steps can also be performed by, and apparatus of the invention can be implemented as, special purpose logic circuitry, e.g., an FPGA (field programmable gate array) or an ASIC (application-specific integrated circuit). Modules can refer to portions of the computer program and/or the processor/special circuitry that implements that functionality.

Processors suitable for the execution of a computer program include, by way of example, both general and special purpose microprocessors, and any one or more processors of any kind of digital computer. Generally, a processor will receive instructions and data from a read-only memory or a random access memory or both. The essential elements of a computer are a processor for executing instructions and one or more memory devices for storing instructions and data. Information carriers suitable for embodying computer program instructions and data include all forms of non-volatile memory, including by way of example semiconductor memory devices, e.g., EPROM, EEPROM, and flash memory devices; magnetic disks, e.g., internal hard disks or removable disks; magneto-optical disks; and CD-ROM and DVD-ROM disks. One or more memories can store media assets (e.g., audio, video, graphics, interface elements, and/or other media files), configuration files, and/or instructions that, when executed by a processor, form the modules, engines, and other components described herein and perform the functionality associated with the components. The processor and the memory can be supplemented by, or incorporated in special purpose logic circuitry.

In various implementations, the devices include a web browser, client software, or both. The web browser allows the client to request a web page or other downloadable program, applet, or document (e.g., from the server(s)) with a web page request. One example of a web page is a data file that includes computer executable or interpretable information, graphics, sound, text, and/or video, that can be displayed, executed, played, processed, streamed, and/or stored

US 9,641,898 B2

15

and that can contain links, or pointers, to other web pages. In one implementation, a user of the client manually requests a web page from the server. Alternatively, the device automatically makes requests with the web browser. Examples of commercially available web browser software are Microsoft® Internet Explorer®, Mozilla® Firefox®, and Apple® Safari®.

In some implementations, the devices include client software. The client software provides functionality to the device that provides for the implementation and execution of the features described herein. The client software can be implemented in various forms, for example, it can be in the form of a web page, widget, and/or Java, JavaScript, .Net, Silverlight, Flash, and/or other applet or plug-in that is downloaded to the device and runs in conjunction with the web browser. The client software and the web browser can be part of a single client-server interface; for example, the client software can be implemented as a "plug-in" to the web browser or to another framework or operating system. Any other suitable client software architecture, including but not limited to widget frameworks and applet technology can also be employed with the client software.

A communications network can connect the devices with one or more servers and/or with each other. The communication can take place via any media such as standard telephone lines, LAN or WAN links (e.g., T1, T3, 56 kb, X.25), broadband connections (ISDN, Frame Relay, ATM), wireless links (802.11, Bluetooth, GSM, CDMA, etc.), and so on. The network can carry TCP/IP protocol communications, and HTTP/HTTPS requests made by a web browser, and the connection between the clients and servers can be communicated over such TCP/IP networks. The type of network is not a limitation, however, and any suitable network can be used.

It should also be noted that implementations of the present invention can be provided as one or more computer-readable programs embodied on or in one or more articles of manufacture. The article of manufacture can be any suitable hardware apparatus, such as, for example, a floppy disk, a hard disk, a CD-ROM, a CD-RW, a CD-R, a DVD-ROM, a DVD-RW, a DVD-R, a flash memory card, a PROM, a RAM, a ROM, or a magnetic tape. In general, the computer-readable programs can be implemented in any programming language. The software programs can be further translated into machine language or virtual machine instructions and stored in a program file in that form. The program file can then be stored on or in one or more of the articles of manufacture.

Although the systems and methods described herein relate primarily to audio and video playback, the invention is equally applicable to various streaming and non-streaming media, including animation, video games, interactive media, and other forms of content usable in conjunction with the present systems and methods. Further, there can be more than one audio, video, and/or other media content stream played in synchronization with other streams. Streaming media can include, for example, multimedia content that is continuously presented to a user while it is received from a content delivery source, such as a remote video server. If a source media file is in a format that cannot be streamed and/or does not allow for seamless connections between segments, the media file can be transcoded or converted into a format supporting streaming and/or seamless transitions.

While various implementations of the present invention have been described herein, it should be understood that they have been presented by example only. Where methods and steps described above indicate certain events occurring in

16

certain order, those of ordinary skill in the art having the benefit of this disclosure would recognize that the ordering of certain steps can be modified and that such modifications are in accordance with the given variations. For example, although various implementations have been described as having particular features and/or combinations of components, other implementations are possible having any combination or sub-combination of any features and/or components from any of the implementations described herein.

What is claimed is:

1. A system comprising:
a video player programmed to perform operations comprising:
presenting a video stream to a user for viewing by the user, the video stream comprising a predefined path of prerecorded video segments;
during presentation of the video stream:
displaying, to the user viewing the video stream, at least a portion of a library of selectable prerecorded video segments;
receiving, from the user viewing the video stream, a selection relating to one or more of the prerecorded video segments from the library;
adding, based on the selection, the one or more prerecorded video segments to a video segment watch-list;
identifying a decision point in the predefined path, the decision point comprising a location at which the video stream can transition to one of a next prerecorded video segment in the predefined path and a segment in the video segment watch-list; and
inserting at least one segment from the watch-list into the video stream at the decision point, wherein the at least one inserted segment comprises the one or more prerecorded video segments that were added to the watch-list based on the selection received from the user viewing the video stream; and
presenting, to the user viewing the video stream, the at least one inserted segment as part of the video stream; and
continuing presentation of the predefined path of prerecorded video segments after the presentation of the at least one inserted segment.

2. The system of claim 1, wherein the portion of the library is selected for display to the user based on content presented in the video stream.

3. The system of claim 1, wherein the portion of the library is selected for display to the user based on at least one of demographic information associated with the user and geographical information associated with the user.

4. The system of claim 1, wherein the operations further comprise, during presentation of the video stream:
capturing a video segment of the video stream; and
adding the captured video segment to the library.

5. The system of claim 1, wherein the operations further comprise:
during presentation of the video stream, receiving a selection of a video segment in at least one of the library and the video segment watch-list; and
immediately playing the selected video segment.

6. The system of claim 1, wherein the operations further comprise:

US 9,641,898 B2

17

automatically ordering the selected prerecorded video segments in the video segment watch-list based at least in part on content of each of the selected prerecorded video segments.

7. The system of claim 6, wherein automatically ordering the selected prerecorded video segments comprises:

identifying a theme of each of the selected segments; and

grouping segments having a similar theme in temporal proximity.

8. The system of claim 1, wherein the operations further comprise:

during playback of the video stream:

receiving a selection of one or more additional prerecorded video segments from the library; and

for each of the additional prerecorded video segments, determining, based at least in part on content of the additional segment, a location in the video segment watch-list at which to insert the additional segment; and

continuing, without interruption, presentation of the video stream including the one or more additional prerecorded video segments in the video segment watch-list.

9. The system of claim 8, wherein determining the location to insert the additional segment comprises:

identifying a theme of the additional segment; and

inserting the additional segment in temporal proximity to other segments in the video segment watch-list having a similar theme.

10. The system of claim 1, wherein the prerecorded video segments are selected from the group consisting of instant replays, news segments, music videos, and commercials.

11. The system of claim 1, wherein the library of prerecorded video segments is shared among a plurality of users.

12. The system of claim 11, wherein the new video segments are received from at least one user of the plurality of users.

13. The system of claim 1, wherein the operations further comprise automatically inserting a transition segment between first and second prerecorded video segments in the video stream.

14. The system of claim 13, wherein the transition segment is selected for insertion based on at least one of content of the first prerecorded video segment and content of the second prerecorded video segment.

15. The system of claim 1, wherein the operations further comprise overlaying at least one of the library and the video segment watch-list on the video stream.

16. A computer-implemented method comprising:

presenting a video stream to a user for viewing by the user, the video stream comprising a predefined path of prerecorded video segments;

during presentation of the video stream:

displaying, to the user viewing the video stream, at least a portion of a library of selectable prerecorded video segments;

18

receiving, from the user viewing the video stream, a selection relating to one or more of the prerecorded video segments from the library;

adding, based on the selection, the one or more prerecorded video segments to a video segment watch-list;

identifying a decision point in the predefined path, the decision point comprising a location at which the video stream can transition to one of a next prerecorded video segment in the predefined path and a segment in the video segment watch-list; and

inserting at least one segment from the watch-list into the video stream at the decision point, wherein the at least one inserted segment comprises the one or more prerecorded video segments that were added to the watch-list based on the selection received from the user viewing the video stream; and

presenting, to the user viewing the video stream, the at least one inserted segment as part of the video stream; and

continuing presentation of the predefined path of prerecorded video segments after the presentation of the at least one inserted segment.

17. The method of claim 16, further comprising:

presenting a live video broadcast to the user; and

wherein the video stream is presented to the user during presentation of the live video broadcast.

18. The method of claim 17, wherein the live video broadcast comprises at least one of a sporting event, a newscast, a television show, and an entertainment event.

19. The method of claim 18, further comprising automatically determining when an event of interest has occurred in the live video broadcast.

20. The method of claim 19, further comprising:

providing a notification to the user that the event of interest has occurred; and

allowing the user to switch a currently playing video to the live video broadcast.

21. The method of claim 20, further comprising determining the occurrence of the event of interest based on at least one of an audience sound level, a change in score, a change in scene, a change in audio, identified text, and identified speech.

22. The method of claim 20, further comprising automatically switching to the live broadcast video upon determining that the event of interest has occurred.

23. The method of claim 20, further comprising, during presentation of the live video broadcast:

capturing a video segment of the event of interest; and

adding the captured video segment to the library.

24. The system of claim 17, wherein the live video broadcast is at least partially hidden to the user during presentation of the video stream.

* * * * *

# EXHIBIT B

US012450306B2

(12) **United States Patent**
Bloch et al.

(10) **Patent No.:** US 12,450,306 B2
(45) **Date of Patent:** *Oct. 21, 2025

(54) **VIDEO PLAYER INTEGRATION WITHIN WEBSITES**

(71) Applicant: **JBF Interlude 2009 LTD**, Tel Aviv (IL)

(72) Inventors: **Jonathan Bloch**, Ramat HaSharon (IL); **Tal Zubalsky**, Brooklyn, NY (US); **Yuval Hofshy**, Kfar Saba (IL); **Alon Benari**, Brooklyn, NY (US)

(73) Assignee: **JBF Interlude 2009 LTD**, Tel Aviv (IL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **18/415,905**

(22) Filed: **Jan. 18, 2024**

(65) **Prior Publication Data**

US 2024/0220568 A1     Jul. 4, 2024

**Related U.S. Application Data**

(63) Continuation of application No. 17/484,635, filed on Sep. 24, 2021, now Pat. No. 11,934,477.

(51) **Int. Cl.**
| | |
|---|---|
| *G06F 16/954* | (2019.01) |
| *G06F 16/957* | (2019.01) |
| *G06F 16/958* | (2019.01) |

(52) **U.S. Cl.**
CPC .......... *G06F 16/972* (2019.01); *G06F 16/954* (2019.01); *G06F 16/9577* (2019.01)

(58) **Field of Classification Search**
CPC ... G06F 16/972; G06F 16/954; G06F 16/9577
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,569,026 A | 2/1986 | Best | |
| 5,137,277 A | 8/1992 | Kitaue | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 2639491 A1 | 3/2010 | |
| DE | 004038801 A1 | 6/1992 | |

(Continued)

OTHER PUBLICATIONS

USMAGAZINE: "Holiday Shopping With Jenny Cipoletti—Take the Quiz to Find a Gift for Everyone on Your List!" Mar. 7, 2021, pp. 1-9 (https://www.usmagazine.com/stylish/news/jenny-cipolettis-pandora-holiday-picks-for-everyone-on-your-list/) (Year: 2021).*

(Continued)

*Primary Examiner* — Scott T Baderman
*Assistant Examiner* — Mario M Velez-Lopez
(74) *Attorney, Agent, or Firm* — Goodwin Procter LLP

(57) **ABSTRACT**

A method for presenting an interactive video to a user. The method includes providing an application layer including at least one first user interface (UI) element, providing a video player layer including at least one second UI element, the video player layer being integrated in the application layer and configured to present the interactive video to the user, receiving a first user interaction associated with the at least one first UI element, and dynamically modifying the interactive video and/or the at least one second UI element included in the video player layer based on the first user interaction.

**20 Claims, 17 Drawing Sheets**



## US 12,450,306 B2

Page 2

(56)                  References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,161,034 A | 11/1992 | Klappert | |
| 5,568,602 A | 10/1996 | Callahan et al. | |
| 5,568,603 A | 10/1996 | Chen et al. | |
| 5,597,312 A | 1/1997 | Bloom et al. | |
| 5,607,356 A | 3/1997 | Schwartz | |
| 5,610,653 A | 3/1997 | Abecassis | |
| 5,636,036 A | 6/1997 | Ashbey | |
| 5,676,551 A | 10/1997 | Knight et al. | |
| 5,694,163 A | 12/1997 | Harrison | |
| 5,715,169 A | 2/1998 | Noguchi | |
| 5,734,862 A | 3/1998 | Kulas | |
| 5,737,527 A | 4/1998 | Shiels et al. | |
| 5,745,738 A | 4/1998 | Ricard | |
| 5,751,953 A | 5/1998 | Shiels et al. | |
| 5,754,770 A | 5/1998 | Shiels et al. | |
| 5,818,435 A | 10/1998 | Kozuka et al. | |
| 5,848,934 A | 12/1998 | Shiels et al. | |
| 5,887,110 A | 3/1999 | Sakamoto et al. | |
| 5,894,320 A | 4/1999 | Vancelette | |
| 5,956,037 A | 9/1999 | Osawa et al. | |
| 5,966,121 A | 10/1999 | Hubbell et al. | |
| 5,983,190 A | 11/1999 | Trower, II et al. | |
| 6,067,400 A | 5/2000 | Saeki et al. | |
| 6,091,886 A | 7/2000 | Abecassis | |
| 6,122,668 A | 9/2000 | Teng et al. | |
| 6,128,712 A | 10/2000 | Hunt et al. | |
| 6,160,952 A | 12/2000 | Mimura et al. | |
| 6,191,780 B1 | 2/2001 | Martin et al. | |
| 6,222,925 B1 | 4/2001 | Shiels et al. | |
| 6,240,555 B1 | 5/2001 | Shoff et al. | |
| 6,298,020 B1 | 10/2001 | Kumagami | |
| 6,298,482 B1 | 10/2001 | Seidman et al. | |
| 6,460,036 B1 | 10/2002 | Herz | |
| 6,535,639 B1 | 3/2003 | Uchihachi et al. | |
| 6,657,906 B2 | 12/2003 | Martin | |
| 6,698,020 B1 | 2/2004 | Zigmond et al. | |
| 6,728,477 B1 | 4/2004 | Watkins | |
| 6,771,875 B1 | 8/2004 | Kunieda et al. | |
| 6,801,947 B1 | 10/2004 | Li | |
| 6,947,966 B1 | 9/2005 | Oko, Jr. et al. | |
| 7,085,844 B2 | 8/2006 | Thompson | |
| 7,155,676 B2 | 12/2006 | Land et al. | |
| 7,231,132 B1 | 6/2007 | Davenport | |
| 7,296,231 B2 | 11/2007 | Loui et al. | |
| 7,310,784 B1 | 12/2007 | Gottlieb et al. | |
| 7,319,780 B2 | 1/2008 | Fedorovskaya et al. | |
| 7,379,653 B2 | 5/2008 | Yap et al. | |
| 7,430,360 B2 | 9/2008 | Abecassis | |
| 7,444,069 B1 | 10/2008 | Bernsley | |
| 7,472,910 B1 | 1/2009 | Okada et al. | |
| 7,627,605 B1 | 12/2009 | Lamere et al. | |
| 7,650,623 B2 | 1/2010 | Hudgeons et al. | |
| 7,669,128 B2 | 2/2010 | Bailey et al. | |
| 7,694,320 B1 | 4/2010 | Yeo et al. | |
| 7,779,438 B2 | 8/2010 | Davies | |
| 7,787,973 B2 | 8/2010 | Lambert | |
| 7,917,505 B2 | 3/2011 | van Gent et al. | |
| 8,024,762 B2 | 9/2011 | Britt | |
| 8,046,801 B2 | 10/2011 | Ellis et al. | |
| 8,065,710 B2 | 11/2011 | Malik | |
| 8,151,139 B1 | 4/2012 | Gordon | |
| 8,156,004 B2 | 4/2012 | Wajihuddin | |
| 8,176,425 B2 | 5/2012 | Wallace et al. | |
| 8,190,001 B2 | 5/2012 | Bernsley | |
| 8,202,167 B2 | 6/2012 | Ackley et al. | |
| 8,276,058 B2 | 9/2012 | Gottlieb et al. | |
| 8,281,355 B1 | 10/2012 | Weaver et al. | |
| 8,321,905 B1 | 11/2012 | Streeter et al. | |
| 8,340,493 B2 * | 12/2012 | Axen | H04N 7/17327 |
| | | | 386/281 |
| 8,341,662 B1 | 12/2012 | Bassett et al. | |
| 8,350,908 B2 | 1/2013 | Morris et al. | |
| 8,405,706 B2 | 3/2013 | Zhang et al. | |
| 8,600,220 B2 | 12/2013 | Bloch et al. | |
| 8,612,517 B1 | 12/2013 | Yadid et al. | |
| 8,626,337 B2 | 1/2014 | Corak et al. | |
| 8,646,020 B2 | 2/2014 | Reisman | |
| 8,650,489 B1 | 2/2014 | Baum et al. | |
| 8,667,395 B2 | 3/2014 | Hosogai et al. | |
| 8,682,739 B1 * | 3/2014 | Feinstein | G06Q 30/0641 |
| | | | 705/26.1 |
| 8,750,682 B1 | 6/2014 | Nicksay et al. | |
| 8,752,087 B2 | 6/2014 | Begeja et al. | |
| 8,826,337 B2 | 9/2014 | Issa et al. | |
| 8,860,882 B2 | 10/2014 | Bloch et al. | |
| 8,930,975 B2 | 1/2015 | Woods et al. | |
| 8,977,113 B1 | 3/2015 | Rumteen et al. | |
| 9,009,619 B2 | 4/2015 | Bloch et al. | |
| 9,021,537 B2 | 4/2015 | Funge et al. | |
| 9,082,092 B1 * | 7/2015 | Henry | A63F 13/335 |
| 9,094,718 B2 | 7/2015 | Barton et al. | |
| 9,190,110 B2 | 11/2015 | Bloch | |
| 9,257,148 B2 | 2/2016 | Bloch et al. | |
| 9,268,774 B2 | 2/2016 | Kim et al. | |
| 9,271,015 B2 | 2/2016 | Bloch et al. | |
| 9,313,536 B2 | 4/2016 | Killick | |
| 9,363,464 B2 | 6/2016 | Alexander | |
| 9,367,196 B1 | 6/2016 | Goldstein et al. | |
| 9,374,411 B1 | 6/2016 | Goetz | |
| 9,380,326 B1 | 6/2016 | Corley et al. | |
| 9,390,099 B1 | 7/2016 | Wang et al. | |
| 9,456,247 B1 | 9/2016 | Pontual et al. | |
| 9,465,435 B1 | 10/2016 | Zhang et al. | |
| 9,473,582 B1 | 10/2016 | Fraccaroli | |
| 9,497,496 B1 | 11/2016 | Corley et al. | |
| 9,510,044 B1 | 11/2016 | Pereira et al. | |
| 9,520,155 B2 | 12/2016 | Bloch et al. | |
| 9,530,454 B2 | 12/2016 | Bloch et al. | |
| 9,531,998 B1 | 12/2016 | Farrell et al. | |
| 9,538,219 B2 | 1/2017 | Sakata et al. | |
| 9,554,061 B1 | 1/2017 | Proctor, Jr. et al. | |
| 9,571,877 B2 | 2/2017 | Lee et al. | |
| 9,607,655 B2 | 3/2017 | Bloch et al. | |
| 9,641,898 B2 | 5/2017 | Bloch et al. | |
| 9,653,115 B2 | 5/2017 | Bloch et al. | |
| 9,653,116 B2 | 5/2017 | Paulraj et al. | |
| 9,672,868 B2 | 6/2017 | Bloch et al. | |
| 9,715,901 B1 | 7/2017 | Singh et al. | |
| 9,736,503 B1 | 8/2017 | Bakshi et al. | |
| 9,792,026 B2 * | 10/2017 | Bloch | G06F 3/04842 |
| 9,792,957 B2 | 10/2017 | Bloch et al. | |
| 9,826,285 B1 | 11/2017 | Mishra et al. | |
| 9,967,621 B2 | 5/2018 | Armstrong et al. | |
| 10,070,192 B2 | 9/2018 | Baratz | |
| 10,178,304 B1 | 1/2019 | Tudor et al. | |
| 10,178,421 B2 | 1/2019 | Thomas et al. | |
| 10,187,687 B2 | 1/2019 | Harb et al. | |
| 10,194,189 B1 | 1/2019 | Goetz et al. | |
| 10,257,572 B2 | 4/2019 | Manus et al. | |
| 10,257,578 B1 | 4/2019 | Bloch et al. | |
| 10,310,697 B2 | 6/2019 | Roberts et al. | |
| 10,419,790 B2 | 9/2019 | Gersten | |
| 10,460,765 B2 | 10/2019 | Bloch et al. | |
| 10,523,982 B2 | 12/2019 | Oyman | |
| 10,531,165 B1 * | 1/2020 | Evans | H04N 21/435 |
| 10,715,860 B1 * | 7/2020 | Bartlett | H04N 21/4312 |
| 10,771,824 B1 | 9/2020 | Haritaoglu et al. | |
| 10,856,049 B2 | 12/2020 | Bloch et al. | |
| 10,911,837 B1 * | 2/2021 | Drury | H04N 21/8146 |
| 11,003,748 B2 | 5/2021 | Oliker et al. | |
| 11,051,067 B1 * | 6/2021 | Baxter | G06Q 20/123 |
| 11,301,539 B2 * | 4/2022 | Macxis, Jr. | G06F 40/117 |
| 11,432,046 B1 * | 8/2022 | Ohliger | G06F 3/0482 |
| 11,934,477 B2 * | 3/2024 | Bloch | H04N 21/8541 |
| 12,231,198 B2 * | 2/2025 | Zhang | H04B 7/0617 |
| 2001/0056427 A1 | 12/2001 | Yoon et al. | |
| 2002/0019799 A1 | 2/2002 | Ginsberg et al. | |
| 2002/0029218 A1 | 3/2002 | Bentley et al. | |
| 2002/0052891 A1 | 5/2002 | Michaud et al. | |
| 2002/0053089 A1 | 5/2002 | Massey | |
| 2002/0086724 A1 | 7/2002 | Miyaki et al. | |
| 2002/0089523 A1 | 7/2002 | Hodgkinson | |
| 2002/0091455 A1 | 7/2002 | Williams | |
| 2002/0105535 A1 | 8/2002 | Wallace et al. | |

US 12,450,306 B2

Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2002/0106191 A1 | 8/2002 | Betz et al. |
| 2002/0120456 A1 | 8/2002 | Berg et al. |
| 2002/0120931 A1 | 8/2002 | Huber et al. |
| 2002/0124250 A1 | 9/2002 | Proehl et al. |
| 2002/0129374 A1 | 9/2002 | Freeman et al. |
| 2002/0140719 A1 | 10/2002 | Amir et al. |
| 2002/0144262 A1 | 10/2002 | Plotnick et al. |
| 2002/0174430 A1 | 11/2002 | Ellis et al. |
| 2002/0177914 A1 | 11/2002 | Chase |
| 2002/0194595 A1 | 12/2002 | Miller et al. |
| 2003/0007560 A1 | 1/2003 | Mayhew et al. |
| 2003/0012409 A1 | 1/2003 | Overton et al. |
| 2003/0020744 A1 | 1/2003 | Ellis et al. |
| 2003/0023757 A1 | 1/2003 | Ishioka et al. |
| 2003/0039471 A1 | 2/2003 | Hashimoto |
| 2003/0069057 A1 | 4/2003 | Defrees-Parrott |
| 2003/0076347 A1 | 4/2003 | Barrett et al. |
| 2003/0101164 A1 | 5/2003 | Pic et al. |
| 2003/0148806 A1 | 8/2003 | Weiss |
| 2003/0159566 A1 | 8/2003 | Sater et al. |
| 2003/0183064 A1 | 10/2003 | Eugene et al. |
| 2003/0184598 A1 | 10/2003 | Graham |
| 2003/0221541 A1 | 12/2003 | Platt |
| 2004/0009813 A1 | 1/2004 | Wind |
| 2004/0019905 A1 | 1/2004 | Fellenstein et al. |
| 2004/0034711 A1 | 2/2004 | Hughes |
| 2004/0070595 A1 | 4/2004 | Atlas et al. |
| 2004/0091848 A1 | 5/2004 | Nemitz |
| 2004/0125124 A1 | 7/2004 | Kim et al. |
| 2004/0128317 A1 | 7/2004 | Sull et al. |
| 2004/0138948 A1 | 7/2004 | Loomis |
| 2004/0146275 A1 | 7/2004 | Takata et al. |
| 2004/0172476 A1 | 9/2004 | Chapweske |
| 2004/0194128 A1 | 9/2004 | McIntyre et al. |
| 2004/0194131 A1 | 9/2004 | Ellis et al. |
| 2004/0199923 A1 | 10/2004 | Russek |
| 2004/0261127 A1 | 12/2004 | Freeman et al. |
| 2005/0019015 A1 | 1/2005 | Ackley et al. |
| 2005/0028193 A1 | 2/2005 | Candelore et al. |
| 2005/0055377 A1 | 3/2005 | Dorey et al. |
| 2005/0091597 A1 | 4/2005 | Ackley |
| 2005/0102707 A1 | 5/2005 | Schnitman |
| 2005/0105888 A1 | 5/2005 | Hamada et al. |
| 2005/0107159 A1 | 5/2005 | Sato |
| 2005/0120389 A1 | 6/2005 | Boss et al. |
| 2005/0132401 A1 | 6/2005 | Boccon-Gibod et al. |
| 2005/0166224 A1 | 7/2005 | Ficco |
| 2005/0198661 A1 | 9/2005 | Collins et al. |
| 2005/0210145 A1 | 9/2005 | Kim et al. |
| 2005/0240955 A1 | 10/2005 | Hudson |
| 2005/0251820 A1 | 11/2005 | Stefanik et al. |
| 2005/0251827 A1 | 11/2005 | Ellis et al. |
| 2005/0267948 A1 | 12/2005 | McKinley et al. |
| 2005/0289582 A1 | 12/2005 | Tavares et al. |
| 2006/0002895 A1 | 1/2006 | McDonnell et al. |
| 2006/0024034 A1 | 2/2006 | Filo et al. |
| 2006/0028951 A1 | 2/2006 | Tozun et al. |
| 2006/0064733 A1 | 3/2006 | Norton et al. |
| 2006/0080167 A1 | 4/2006 | Chen et al. |
| 2006/0089843 A1 | 4/2006 | Flather |
| 2006/0120624 A1 | 6/2006 | Jojic et al. |
| 2006/0130121 A1 | 6/2006 | Candelore et al. |
| 2006/0150072 A1 | 7/2006 | Salvucci |
| 2006/0150216 A1 | 7/2006 | Herz et al. |
| 2006/0153537 A1 | 7/2006 | Kaneko et al. |
| 2006/0155400 A1 | 7/2006 | Loomis |
| 2006/0161954 A1 | 7/2006 | Hamada et al. |
| 2006/0200842 A1 | 9/2006 | Chapman et al. |
| 2006/0212904 A1 | 9/2006 | Klarfeld et al. |
| 2006/0222322 A1 | 10/2006 | Levitan |
| 2006/0224260 A1 | 10/2006 | Hicken et al. |
| 2006/0253330 A1 | 11/2006 | Maggio et al. |
| 2006/0274828 A1 | 12/2006 | Siemens et al. |
| 2007/0003149 A1 | 1/2007 | Nagumo et al. |
| 2007/0018980 A1 | 1/2007 | Berteig et al. |
| 2007/0024706 A1 | 2/2007 | Brannon et al. |
| 2007/0028272 A1 | 2/2007 | Lockton |
| 2007/0033633 A1 | 2/2007 | Andrews et al. |
| 2007/0055989 A1 | 3/2007 | Shanks et al. |
| 2007/0079325 A1 | 4/2007 | de Heer |
| 2007/0085759 A1 | 4/2007 | Lee et al. |
| 2007/0099684 A1 | 5/2007 | Butterworth |
| 2007/0101369 A1 | 5/2007 | Dolph |
| 2007/0118801 A1 | 5/2007 | Harshbarger et al. |
| 2007/0154169 A1 | 7/2007 | Cordray et al. |
| 2007/0157234 A1 | 7/2007 | Walker |
| 2007/0157260 A1 | 7/2007 | Walker |
| 2007/0157261 A1 | 7/2007 | Steelberg et al. |
| 2007/0162395 A1 | 7/2007 | Ben-Yaacov et al. |
| 2007/0180488 A1 | 8/2007 | Walter et al. |
| 2007/0220583 A1 | 9/2007 | Bailey et al. |
| 2007/0226761 A1 | 9/2007 | Zalewski et al. |
| 2007/0239754 A1 | 10/2007 | Schnitman |
| 2007/0253677 A1 | 11/2007 | Wang |
| 2007/0253688 A1 | 11/2007 | Koennecke |
| 2007/0263722 A1 | 11/2007 | Fukuzawa |
| 2008/0001956 A1 | 1/2008 | Markovic et al. |
| 2008/0019445 A1 | 1/2008 | Aono et al. |
| 2008/0021187 A1 | 1/2008 | Wescott et al. |
| 2008/0021874 A1 | 1/2008 | Dahl et al. |
| 2008/0022320 A1 | 1/2008 | Ver Steeg |
| 2008/0031595 A1 | 2/2008 | Cho |
| 2008/0036875 A1 | 2/2008 | Jones et al. |
| 2008/0086456 A1 | 4/2008 | Rasanen et al. |
| 2008/0086754 A1 | 4/2008 | Chen et al. |
| 2008/0091721 A1* | 4/2008 | Harboe ................ G06F 3/0482 |
| 2008/0092159 A1 | 4/2008 | Dmitriev et al. |
| 2008/0139301 A1 | 6/2008 | Holthe |
| 2008/0148152 A1 | 6/2008 | Blinnikka et al. |
| 2008/0161111 A1 | 7/2008 | Schuman |
| 2008/0170687 A1 | 7/2008 | Moors et al. |
| 2008/0177893 A1 | 7/2008 | Bowra et al. |
| 2008/0178232 A1 | 7/2008 | Velusamy |
| 2008/0238938 A1 | 10/2008 | Eklund et al. |
| 2008/0276157 A1 | 11/2008 | Kustka et al. |
| 2008/0300967 A1 | 12/2008 | Buckley et al. |
| 2008/0301750 A1 | 12/2008 | Silfvast et al. |
| 2008/0314232 A1 | 12/2008 | Hansson et al. |
| 2009/0022015 A1 | 1/2009 | Harrison |
| 2009/0022165 A1 | 1/2009 | Candelore et al. |
| 2009/0024923 A1 | 1/2009 | Hartwig et al. |
| 2009/0027337 A1 | 1/2009 | Hildreth |
| 2009/0029771 A1 | 1/2009 | Donahue |
| 2009/0055880 A1 | 2/2009 | Batteram et al. |
| 2009/0063681 A1 | 3/2009 | Ramakrishnan et al. |
| 2009/0063995 A1 | 3/2009 | Baron et al. |
| 2009/0077137 A1 | 3/2009 | Weda et al. |
| 2009/0079663 A1 | 3/2009 | Chang et al. |
| 2009/0080860 A1 | 3/2009 | Nakano |
| 2009/0083631 A1 | 3/2009 | Sidi et al. |
| 2009/0116817 A1 | 5/2009 | Kim et al. |
| 2009/0131764 A1 | 5/2009 | Lee et al. |
| 2009/0133051 A1 | 5/2009 | Hildreth |
| 2009/0133071 A1 | 5/2009 | Sakai et al. |
| 2009/0138805 A1 | 5/2009 | Hildreth |
| 2009/0177538 A1 | 7/2009 | Brewer et al. |
| 2009/0178089 A1 | 7/2009 | Picco et al. |
| 2009/0191971 A1 | 7/2009 | Avent |
| 2009/0195652 A1 | 8/2009 | Gal |
| 2009/0199697 A1 | 8/2009 | Lehtiniemi et al. |
| 2009/0210790 A1* | 8/2009 | Thomas ............ H04N 21/8545 |
| | | 715/719 |
| 2009/0226046 A1 | 9/2009 | Shteyn |
| 2009/0228572 A1 | 9/2009 | Wall et al. |
| 2009/0254827 A1* | 10/2009 | Gonze ................ G06F 9/44526 |
| | | 715/760 |
| 2009/0258708 A1 | 10/2009 | Figueroa |
| 2009/0265737 A1 | 10/2009 | Issa et al. |
| 2009/0265746 A1 | 10/2009 | Halen et al. |
| 2009/0282454 A1 | 11/2009 | Ekstrand |
| 2009/0297118 A1 | 12/2009 | Fink et al. |
| 2009/0320075 A1 | 12/2009 | Marko |
| 2010/0017820 A1 | 1/2010 | Thevathasan et al. |
| 2010/0042496 A1 | 2/2010 | Wang et al. |

US 12,450,306 B2

Page 4

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2010/0050083 A1 | 2/2010 | Axen et al. |
| 2010/0069159 A1 | 3/2010 | Yamada et al. |
| 2010/0070987 A1 | 3/2010 | Amento et al. |
| 2010/0077290 A1 | 3/2010 | Pueyo |
| 2010/0088726 A1 | 4/2010 | Curtis et al. |
| 2010/0122286 A1 | 5/2010 | Begeja et al. |
| 2010/0146145 A1 | 6/2010 | Tippin et al. |
| 2010/0153512 A1 | 6/2010 | Balassanian et al. |
| 2010/0153885 A1 | 6/2010 | Yates |
| 2010/0161792 A1 | 6/2010 | Palm et al. |
| 2010/0162344 A1 | 6/2010 | Casagrande et al. |
| 2010/0167816 A1 | 7/2010 | Perlman et al. |
| 2010/0167819 A1 | 7/2010 | Schell |
| 2010/0186032 A1 | 7/2010 | Pradeep et al. |
| 2010/0186579 A1 | 7/2010 | Schnitman |
| 2010/0199299 A1 | 8/2010 | Chang et al. |
| 2010/0210351 A1 | 8/2010 | Berman |
| 2010/0251295 A1 | 9/2010 | Amento et al. |
| 2010/0262336 A1 | 10/2010 | Rivas et al. |
| 2010/0267450 A1 | 10/2010 | McMain |
| 2010/0268361 A1 | 10/2010 | Mantel et al. |
| 2010/0278509 A1 | 11/2010 | Nagano et al. |
| 2010/0287033 A1 | 11/2010 | Mathur |
| 2010/0287475 A1 | 11/2010 | van Zwol et al. |
| 2010/0293073 A1 | 11/2010 | Schmidt |
| 2010/0293455 A1 | 11/2010 | Bloch |
| 2010/0312670 A1* | 12/2010 | Dempsey ........... G06Q 30/0643 |
| | | 709/227 |
| 2010/0325135 A1 | 12/2010 | Chen et al. |
| 2010/0332404 A1 | 12/2010 | Valin |
| 2011/0000797 A1 | 1/2011 | Henry |
| 2011/0007797 A1 | 1/2011 | Palmer et al. |
| 2011/0010742 A1 | 1/2011 | White |
| 2011/0026898 A1 | 2/2011 | Lussier et al. |
| 2011/0033167 A1 | 2/2011 | Arling et al. |
| 2011/0041059 A1 | 2/2011 | Amarasingham et al. |
| 2011/0060993 A1 | 3/2011 | Cotter et al. |
| 2011/0069940 A1 | 3/2011 | Shimy et al. |
| 2011/0078023 A1 | 3/2011 | Aldrey et al. |
| 2011/0078740 A1 | 3/2011 | Bolyukh et al. |
| 2011/0096225 A1 | 4/2011 | Candelore |
| 2011/0125512 A1 | 5/2011 | Huang |
| 2011/0126106 A1 | 5/2011 | Ben Shaul et al. |
| 2011/0131493 A1 | 6/2011 | Dahl |
| 2011/0138331 A1 | 6/2011 | Pugsley et al. |
| 2011/0163969 A1 | 7/2011 | Anzures et al. |
| 2011/0169603 A1 | 7/2011 | Fithian et al. |
| 2011/0182366 A1 | 7/2011 | Frojdh et al. |
| 2011/0191684 A1 | 8/2011 | Greenberg |
| 2011/0191801 A1 | 8/2011 | Vytheeswaran |
| 2011/0193982 A1 | 8/2011 | Kook et al. |
| 2011/0197131 A1 | 8/2011 | Duffin et al. |
| 2011/0200116 A1 | 8/2011 | Bloch et al. |
| 2011/0202562 A1* | 8/2011 | Bloch .................... G11B 27/34 |
| | | 707/E17.014 |
| 2011/0238494 A1 | 9/2011 | Park |
| 2011/0239246 A1 | 9/2011 | Woodward et al. |
| 2011/0246661 A1 | 10/2011 | Manzari et al. |
| 2011/0246885 A1 | 10/2011 | Pantos et al. |
| 2011/0252031 A1 | 10/2011 | Blumenthal et al. |
| 2011/0252320 A1 | 10/2011 | Arrasvuori et al. |
| 2011/0264755 A1 | 10/2011 | Salvatore De Villiers |
| 2011/0282745 A1 | 11/2011 | Meoded et al. |
| 2011/0282906 A1 | 11/2011 | Wong |
| 2011/0293240 A1 | 12/2011 | Newton et al. |
| 2011/0307786 A1 | 12/2011 | Shuster |
| 2011/0307919 A1 | 12/2011 | Weerasinghe |
| 2011/0307920 A1 | 12/2011 | Blanchard et al. |
| 2011/0313859 A1 | 12/2011 | Stillwell et al. |
| 2011/0314030 A1 | 12/2011 | Burba et al. |
| 2012/0004960 A1 | 1/2012 | Ma et al. |
| 2012/0005287 A1 | 1/2012 | Gadel et al. |
| 2012/0011438 A1 | 1/2012 | Kim et al. |
| 2012/0017141 A1 | 1/2012 | Eelen et al. |
| 2012/0026166 A1 | 2/2012 | Takeda et al. |
| 2012/0062576 A1 | 3/2012 | Rosenthal et al. |
| 2012/0072420 A1 | 3/2012 | Moganti et al. |
| 2012/0081389 A1 | 4/2012 | Dilts |
| 2012/0089911 A1 | 4/2012 | Hosking et al. |
| 2012/0090000 A1 | 4/2012 | Cohen et al. |
| 2012/0094768 A1* | 4/2012 | McCaddon ............. A63F 13/47 |
| | | 463/42 |
| 2012/0105723 A1 | 5/2012 | van Coppenolle et al. |
| 2012/0110618 A1 | 5/2012 | Kilar et al. |
| 2012/0110620 A1 | 5/2012 | Kilar et al. |
| 2012/0117145 A1 | 5/2012 | Clift et al. |
| 2012/0120114 A1 | 5/2012 | You et al. |
| 2012/0134646 A1 | 5/2012 | Alexander |
| 2012/0137015 A1 | 5/2012 | Sun |
| 2012/0147954 A1 | 6/2012 | Kasai et al. |
| 2012/0159530 A1 | 6/2012 | Ahrens et al. |
| 2012/0159541 A1 | 6/2012 | Carton et al. |
| 2012/0179970 A1 | 7/2012 | Hayes |
| 2012/0198412 A1 | 8/2012 | Creighton et al. |
| 2012/0198489 A1 | 8/2012 | O'Connell et al. |
| 2012/0213495 A1 | 8/2012 | Hafeneger et al. |
| 2012/0225693 A1 | 9/2012 | Sirpal et al. |
| 2012/0233631 A1 | 9/2012 | Geshwind |
| 2012/0246032 A1 | 9/2012 | Beroukhim et al. |
| 2012/0263263 A1 | 10/2012 | Olsen et al. |
| 2012/0308206 A1 | 12/2012 | Kulas |
| 2012/0317198 A1 | 12/2012 | Patton et al. |
| 2012/0324491 A1 | 12/2012 | Bathiche et al. |
| 2013/0021269 A1 | 1/2013 | Johnson et al. |
| 2013/0024888 A1 | 1/2013 | Sivertsen |
| 2013/0028446 A1 | 1/2013 | Krzyzanowski |
| 2013/0028573 A1 | 1/2013 | Hoofien et al. |
| 2013/0031582 A1 | 1/2013 | Tinsman et al. |
| 2013/0033542 A1 | 2/2013 | Nakazawa |
| 2013/0036200 A1 | 2/2013 | Roberts et al. |
| 2013/0039632 A1 | 2/2013 | Feinson |
| 2013/0046847 A1 | 2/2013 | Zavesky et al. |
| 2013/0054728 A1 | 2/2013 | Amir et al. |
| 2013/0055321 A1 | 2/2013 | Cline et al. |
| 2013/0061263 A1 | 3/2013 | Issa et al. |
| 2013/0073775 A1 | 3/2013 | Wade et al. |
| 2013/0094830 A1 | 4/2013 | Stone et al. |
| 2013/0097410 A1 | 4/2013 | Bourges-Sevenier |
| 2013/0097643 A1 | 4/2013 | Stone et al. |
| 2013/0117248 A1 | 5/2013 | Bhogal et al. |
| 2013/0125181 A1 | 5/2013 | Montemayor et al. |
| 2013/0129304 A1 | 5/2013 | Feinson |
| 2013/0129308 A1 | 5/2013 | Karn et al. |
| 2013/0167168 A1 | 6/2013 | Ellis et al. |
| 2013/0173765 A1 | 7/2013 | Korbecki |
| 2013/0177294 A1 | 7/2013 | Kennberg |
| 2013/0188923 A1 | 7/2013 | Hartley et al. |
| 2013/0195427 A1 | 8/2013 | Sathish |
| 2013/0202265 A1 | 8/2013 | Arrasvuori et al. |
| 2013/0204710 A1 | 8/2013 | Boland et al. |
| 2013/0205314 A1 | 8/2013 | Ramaswamy et al. |
| 2013/0219425 A1 | 8/2013 | Swartz |
| 2013/0235152 A1 | 9/2013 | Hannuksela et al. |
| 2013/0235270 A1 | 9/2013 | Sasaki et al. |
| 2013/0254292 A1 | 9/2013 | Bradley |
| 2013/0259442 A1 | 10/2013 | Bloch et al. |
| 2013/0268620 A1 | 10/2013 | Osminer |
| 2013/0271453 A1 | 10/2013 | Ruotsalainen et al. |
| 2013/0272679 A1* | 10/2013 | Cavalcanti ........... G11B 27/034 |
| | | 386/282 |
| 2013/0282917 A1 | 10/2013 | Reznik et al. |
| 2013/0283401 A1 | 10/2013 | Pabla et al. |
| 2013/0290818 A1 | 10/2013 | Arrasvuori et al. |
| 2013/0298146 A1 | 11/2013 | Conrad et al. |
| 2013/0308926 A1 | 11/2013 | Jang et al. |
| 2013/0328888 A1 | 12/2013 | Beaver et al. |
| 2013/0330055 A1 | 12/2013 | Zimmermann et al. |
| 2013/0335427 A1 | 12/2013 | Cheung et al. |
| 2014/0015940 A1 | 1/2014 | Yoshida |
| 2014/0019865 A1 | 1/2014 | Shah |
| 2014/0025620 A1 | 1/2014 | Greenzeiger et al. |
| 2014/0025839 A1 | 1/2014 | Marko et al. |
| 2014/0040273 A1* | 2/2014 | Cooper .................. G06F 16/41 |
| | | 707/E17.061 |

US 12,450,306 B2

Page 5

(56)　　**References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2014/0040280 A1 | 2/2014 | Slaney et al. |
| 2014/0046946 A2 | 2/2014 | Friedmann et al. |
| 2014/0068648 A1 | 3/2014 | Green et al. |
| 2014/0078397 A1 | 3/2014 | Bloch et al. |
| 2014/0082666 A1* | 3/2014 | Bloch ................. G06F 3/04842 |
| | | 725/37 |
| 2014/0085196 A1 | 3/2014 | Zucker et al. |
| 2014/0086445 A1 | 3/2014 | Brubeck et al. |
| 2014/0094313 A1 | 4/2014 | Watson et al. |
| 2014/0101550 A1 | 4/2014 | Zises |
| 2014/0105420 A1 | 4/2014 | Lee |
| 2014/0109165 A1 | 4/2014 | Friedman |
| 2014/0115114 A1 | 4/2014 | Garmark et al. |
| 2014/0125703 A1 | 5/2014 | Roveta et al. |
| 2014/0126877 A1 | 5/2014 | Crawford et al. |
| 2014/0129618 A1 | 5/2014 | Panje et al. |
| 2014/0136186 A1 | 5/2014 | Adami et al. |
| 2014/0143298 A1 | 5/2014 | Klotzer et al. |
| 2014/0152564 A1 | 6/2014 | Gulezian et al. |
| 2014/0156677 A1 | 6/2014 | Collins, III et al. |
| 2014/0161417 A1 | 6/2014 | Kurupacheril et al. |
| 2014/0173650 A1 | 6/2014 | Mathews et al. |
| 2014/0178051 A1 | 6/2014 | Bloch et al. |
| 2014/0186008 A1 | 7/2014 | Eyer |
| 2014/0194211 A1 | 7/2014 | Chimes et al. |
| 2014/0210860 A1 | 7/2014 | Caissy |
| 2014/0219630 A1 | 8/2014 | Minder |
| 2014/0220535 A1 | 8/2014 | Angelone |
| 2014/0237520 A1 | 8/2014 | Rothschild et al. |
| 2014/0245152 A1 | 8/2014 | Carter et al. |
| 2014/0259844 A1 | 9/2014 | Kruse |
| 2014/0270680 A1 | 9/2014 | Bloch et al. |
| 2014/0279032 A1 | 9/2014 | Roever et al. |
| 2014/0282013 A1 | 9/2014 | Amijee |
| 2014/0282642 A1 | 9/2014 | Needham et al. |
| 2014/0298173 A1 | 10/2014 | Rock |
| 2014/0314239 A1 | 10/2014 | Meyer et al. |
| 2014/0317638 A1* | 10/2014 | Hayes ................. G11B 27/105 |
| | | 719/318 |
| 2014/0357362 A1 | 12/2014 | Cohen |
| 2014/0380167 A1 | 12/2014 | Bloch et al. |
| 2015/0007234 A1 | 1/2015 | Rasanen et al. |
| 2015/0012369 A1 | 1/2015 | Dharmaji et al. |
| 2015/0015789 A1 | 1/2015 | Guntur et al. |
| 2015/0020086 A1 | 1/2015 | Chen et al. |
| 2015/0033266 A1 | 1/2015 | Klappert et al. |
| 2015/0046946 A1 | 2/2015 | Hassell et al. |
| 2015/0058342 A1 | 2/2015 | Kim et al. |
| 2015/0063781 A1 | 3/2015 | Silverman et al. |
| 2015/0067596 A1 | 3/2015 | Brown et al. |
| 2015/0067723 A1* | 3/2015 | Bloch ................. H04N 21/4325 |
| | | 725/32 |
| 2015/0070458 A1 | 3/2015 | Kim et al. |
| 2015/0070516 A1 | 3/2015 | Shoemake et al. |
| 2015/0074721 A1 | 3/2015 | Fishman et al. |
| 2015/0086174 A1 | 3/2015 | Abecassis et al. |
| 2015/0104144 A1 | 4/2015 | Minemura |
| 2015/0104155 A1 | 4/2015 | Bloch et al. |
| 2015/0106845 A1 | 4/2015 | Popkiewicz et al. |
| 2015/0120463 A1* | 4/2015 | Cannon ............. G06Q 30/0268 |
| | | 705/14.65 |
| 2015/0124171 A1 | 5/2015 | King |
| 2015/0154439 A1 | 6/2015 | Anzue et al. |
| 2015/0160853 A1 | 6/2015 | Hwang et al. |
| 2015/0179224 A1 | 6/2015 | Bloch et al. |
| 2015/0181271 A1 | 6/2015 | Onno et al. |
| 2015/0181291 A1 | 6/2015 | Wheatley |
| 2015/0181301 A1 | 6/2015 | Bloch et al. |
| 2015/0185965 A1 | 7/2015 | Belliveau et al. |
| 2015/0195601 A1 | 7/2015 | Hahm |
| 2015/0199116 A1 | 7/2015 | Bloch et al. |
| 2015/0201187 A1 | 7/2015 | Ryo |
| 2015/0228307 A1 | 8/2015 | Cabanero |
| 2015/0256861 A1 | 9/2015 | Oyman |
| 2015/0258454 A1 | 9/2015 | King et al. |
| 2015/0278986 A1 | 10/2015 | Edwin et al. |
| 2015/0286716 A1 | 10/2015 | Snibbe et al. |
| 2015/0293675 A1 | 10/2015 | Bloch et al. |
| 2015/0294685 A1 | 10/2015 | Bloch et al. |
| 2015/0304698 A1 | 10/2015 | Redol |
| 2015/0310660 A1 | 10/2015 | Mogilefsky et al. |
| 2015/0318018 A1 | 11/2015 | Kaiser et al. |
| 2015/0331485 A1 | 11/2015 | Wilairat et al. |
| 2015/0331933 A1 | 11/2015 | Tocchini, IV et al. |
| 2015/0331942 A1 | 11/2015 | Tan |
| 2015/0348325 A1 | 12/2015 | Voss |
| 2015/0373385 A1 | 12/2015 | Straub |
| 2016/0009487 A1 | 1/2016 | Edwards et al. |
| 2016/0021412 A1 | 1/2016 | Zito, Jr. |
| 2016/0029002 A1 | 1/2016 | Balko |
| 2016/0037217 A1 | 2/2016 | Harmon et al. |
| 2016/0057497 A1 | 2/2016 | Kim et al. |
| 2016/0062540 A1 | 3/2016 | Yang et al. |
| 2016/0065831 A1 | 3/2016 | Howard et al. |
| 2016/0066051 A1 | 3/2016 | Caidar et al. |
| 2016/0086585 A1 | 3/2016 | Sugimoto |
| 2016/0094875 A1* | 3/2016 | Peterson ............ H04N 21/4312 |
| | | 725/41 |
| 2016/0099024 A1 | 4/2016 | Gilley |
| 2016/0100226 A1 | 4/2016 | Sadler et al. |
| 2016/0104513 A1 | 4/2016 | Bloch et al. |
| 2016/0105724 A1 | 4/2016 | Bloch et al. |
| 2016/0132203 A1 | 5/2016 | Seto et al. |
| 2016/0134946 A1 | 5/2016 | Glover et al. |
| 2016/0142889 A1 | 5/2016 | O'Connor et al. |
| 2016/0150278 A1 | 5/2016 | Greene |
| 2016/0162179 A1 | 6/2016 | Annett et al. |
| 2016/0170948 A1 | 6/2016 | Bloch |
| 2016/0173944 A1 | 6/2016 | Kilar et al. |
| 2016/0192009 A1 | 6/2016 | Sugio et al. |
| 2016/0217829 A1 | 7/2016 | Bloch et al. |
| 2016/0224573 A1 | 8/2016 | Shahraray et al. |
| 2016/0232579 A1 | 8/2016 | Fahnestock |
| 2016/0274764 A1* | 9/2016 | Moreau ................... H04L 67/10 |
| 2016/0277779 A1 | 9/2016 | Zhang et al. |
| 2016/0303608 A1 | 10/2016 | Jossick |
| 2016/0321689 A1 | 11/2016 | Turgeman |
| 2016/0322054 A1 | 11/2016 | Bloch et al. |
| 2016/0323608 A1* | 11/2016 | Bloch ............... H04N 21/6587 |
| 2016/0337691 A1 | 11/2016 | Prasad et al. |
| 2016/0344873 A1 | 11/2016 | Jenzeh et al. |
| 2016/0365117 A1 | 12/2016 | Boliek et al. |
| 2016/0366454 A1 | 12/2016 | Tatourian et al. |
| 2017/0006322 A1 | 1/2017 | Dury et al. |
| 2017/0032562 A1 | 2/2017 | Block et al. |
| 2017/0041372 A1 | 2/2017 | Hosur |
| 2017/0062012 A1 | 3/2017 | Bloch et al. |
| 2017/0142486 A1 | 5/2017 | Masuda |
| 2017/0149795 A1 | 5/2017 | Day, II |
| 2017/0178409 A1 | 6/2017 | Bloch et al. |
| 2017/0178601 A1 | 6/2017 | Bloch et al. |
| 2017/0185596 A1* | 6/2017 | Spirer .................. G06F 40/134 |
| 2017/0195736 A1 | 7/2017 | Chai et al. |
| 2017/0255975 A1* | 9/2017 | McDevitt ........... G06Q 30/0623 |
| 2017/0264920 A1 | 9/2017 | Mickelsen |
| 2017/0280181 A1 | 9/2017 | Ramaley |
| 2017/0286424 A1 | 10/2017 | Peterson |
| 2017/0289220 A1 | 10/2017 | Bloch et al. |
| 2017/0295410 A1 | 10/2017 | Bloch et al. |
| 2017/0326462 A1 | 11/2017 | Lyons et al. |
| 2017/0337196 A1 | 11/2017 | Goela et al. |
| 2017/0345460 A1 | 11/2017 | Bloch et al. |
| 2018/0007443 A1 | 1/2018 | Cannistraro et al. |
| 2018/0014049 A1 | 1/2018 | Griffin et al. |
| 2018/0025078 A1 | 1/2018 | Quennesson |
| 2018/0048831 A1 | 2/2018 | Berwick et al. |
| 2018/0060430 A1 | 3/2018 | Lu |
| 2018/0068019 A1 | 3/2018 | Novikoff et al. |
| 2018/0095645 A1 | 4/2018 | Subudhi et al. |
| 2018/0115592 A1 | 4/2018 | Samineni |
| 2018/0130501 A1 | 5/2018 | Bloch et al. |
| 2018/0176573 A1 | 6/2018 | Chawla et al. |
| 2018/0191574 A1 | 7/2018 | Vishnia et al. |
| 2018/0254067 A1 | 9/2018 | Elder |

US 12,450,306 B2

Page 6

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2018/0262798 A1 | 9/2018 | Ramachandra | |
| 2018/0300852 A1 | 10/2018 | Chen et al. | |
| 2018/0300858 A1 | 10/2018 | Chen et al. | |
| 2018/0310049 A1 | 10/2018 | Takahashi et al. | |
| 2018/0314959 A1 | 11/2018 | Apokatanidis et al. | |
| 2018/0376205 A1 | 12/2018 | Oswal et al. | |
| 2019/0005716 A1 | 1/2019 | Singh et al. | |
| 2019/0066188 A1* | 2/2019 | Rothschild | G06Q 20/40145 |
| 2019/0069038 A1 | 2/2019 | Phillips | |
| 2019/0069039 A1 | 2/2019 | Phillips | |
| 2019/0075367 A1 | 3/2019 | van Zessen et al. | |
| 2019/0090002 A1 | 3/2019 | Ramadorai et al. | |
| 2019/0098371 A1 | 3/2019 | Keesan | |
| 2019/0104342 A1 | 4/2019 | Catalano et al. | |
| 2019/0132639 A1 | 5/2019 | Panchaksharaiah et al. | |
| 2019/0139314 A1 | 5/2019 | Marsh et al. | |
| 2019/0166412 A1 | 5/2019 | Panchaksharaiah et al. | |
| 2019/0182525 A1 | 6/2019 | Steinberg et al. | |
| 2019/0238719 A1 | 8/2019 | Alameh et al. | |
| 2019/0238952 A1* | 8/2019 | Boskovich | H04N 21/858 |
| 2019/0335225 A1 | 10/2019 | Fang et al. | |
| 2019/0354936 A1 | 11/2019 | Deluca et al. | |
| 2020/0023157 A1 | 1/2020 | Lewis et al. | |
| 2020/0029128 A1 | 1/2020 | Erskine | |
| 2020/0037047 A1 | 1/2020 | Cheung et al. | |
| 2020/0059699 A1 | 2/2020 | Malev et al. | |
| 2020/0169787 A1 | 5/2020 | Pearce et al. | |
| 2020/0193163 A1 | 6/2020 | Chang et al. | |
| 2020/0344508 A1 | 10/2020 | Edwards et al. | |
| 2021/0263564 A1 | 8/2021 | Chen et al. | |
| 2022/0046291 A1 | 2/2022 | Jiang et al. | |
| 2022/0245209 A1 | 8/2022 | Cho et al. | |
| 2022/0309280 A1* | 9/2022 | Singhal | G06Q 30/0623 |
| 2022/0385982 A1* | 12/2022 | Bloch | H04N 21/4431 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 10053720 A1 | 4/2002 | |
| EP | 0965371 A2 | 12/1999 | |
| EP | 1033157 A2 | 9/2000 | |
| EP | 2104105 A1 | 9/2009 | |
| GB | 2359916 A | 9/2001 | |
| GB | 2428329 A | 1/2007 | |
| JP | 2003-245471 A | 9/2003 | |
| JP | 2008-005288 A | 1/2008 | |
| KR | 2004-0005068 A | 1/2004 | |
| KR | 2010-0037413 A | 4/2010 | |
| WO | WO-1996/013810 A1 | 5/1996 | |
| WO | WO-2000/059224 A1 | 10/2000 | |
| WO | WO-2007/062223 A2 | 5/2007 | |
| WO | WO-2007/138546 A2 | 12/2007 | |
| WO | WO-2008/001350 A2 | 1/2008 | |
| WO | WO-2008/052009 A2 | 5/2008 | |
| WO | WO-2008/057444 A2 | 5/2008 | |
| WO | WO-2009/125404 A2 | 10/2009 | |
| WO | WO-2009/137919 A1 | 11/2009 | |

OTHER PUBLICATIONS

U.S. Appl. No. 12/706,721 U.S. Pat. No. 9,190,110 Published as US2010/0293455, System and Method for Assembling a Recorded Composition, filed Feb. 17, 2010.

U.S. Appl. No. 14/884,285 U.S. Pat. No. 11,314,936 Published as US2017/0178601, Systems and Method for Assembling a Recorded Composition, filed Oct. 15, 2015.

U.S. Appl. No. 13/033,916 U.S. Pat. No. 9,607,655 Published as US2011/0200116, System and Method for Seamless Multimedia Assembly, filed Feb. 24, 2011.

U.S. Appl. No. 13/034,645 U.S. Pat. No. 11,232,458 Published as US2011/0202562, System and Method for Data Mining Within Interactive Multimedia, filed Feb. 24, 2011.

U.S. Appl. No. 17/551,847 Published as US2021/0366520, Systems and Methods for Data Mining Within Interactive Multimedia, filed Dec. 15, 2021.

U.S. Appl. No. 13/437,164 U.S. Pat. No. 8,600,220 Published as US2013/0259442, Systems and Methods for Loading More Than One Video Content at a Time, filed Apr. 2, 2012.

U.S. Appl. No. 14/069,694 U.S. Pat. No. 9,271,015 Published as US2014/0178051, Systems and Methods for Loading More Than One Video Content at a Time, filed Nov. 1, 2013.

U.S. Appl. No. 13/622,780 U.S. Pat. No. 8,860,882 Published as US2014/0078397, Systems and Methods for Constructing Multimedia Content Modules, filed Sep. 19, 2012.

U.S. Appl. No. 13/622,795 U.S. Pat. No. 9,009,619 Published as US2014/0082666, Progress Bar for Branched Videos, filed Sep. 19, 2012.

U.S. Appl. No. 14/639,579 U.S. Pat. No. 10,474,334 Published as US2015/0199116, Progress Bar for Branched Videos, filed Mar. 5, 2015.

U.S. Appl. No. 13/838,830 U.S. Pat. No. 9,257,148 Published as US2014/0270680, System and Method for Synchronization of Selectably Presentable Media Streams, filed Mar. 15, 2013.

U.S. Appl. No. 14/984,821 U.S. Pat. No. 10,418,066 Published as US2016/0217829, System and Method for Synchronization of Selectably Presentable Media Streams, filed Dec. 30, 2015.

U.S. Appl. No. 13/921,536 U.S. Pat. No. 9,832,516 Published as US2014/0380167, Systems and Methods for Multiple Device Interaction with Selectably Presentable Media Streams, filed Jun. 19, 2013.

U.S. Appl. No. 14/107,600 U.S. Pat. No. 10,448,119 Published as US2015/0067723, Methods and Systems for Unfolding Video Pre-Roll, filed Dec. 16, 2013.

U.S. Appl. No. 14/335,381 U.S. Pat. No. 9,530,454 Published as US2015/0104155, Systems and Methods for Real-Time Pixel Switching, filed Jul. 18, 2014.

U.S. Appl. No. 14/139,996 U.S. Pat. No. 9,641,898 Published as US2015/0181301, Methods and Systems for In-Video Library, filed Dec. 24, 2013.

U.S. Appl. No. 14/140,007 U.S. Pat. No. 9,520,155 Published as US2015/0179224, Methods and Systems for Seeking to Non-Key Frames, filed Dec. 24, 2013.

U.S. Appl. No. 14/249,627 U.S. Pat. No. 9,653,115 Published as US2015-0294685, Systems and Methods for Creating Linear Video From Branched Video, filed Apr. 10, 2014.

U.S. Appl. No. 15/481,916 U.S. Pat. No. 10,755,747 Published as US2017-0345460, Systems and Methods for Creating Linear Video From Branched Video, filed Apr. 7, 2017.

U.S. Appl. No. 16/986,977 U.S. Pat. No. 11,501,802 Published as US2020/0365187, Systems and Methods for Creating Linear Video From Branched Video, filed Aug. 6, 2020.

U.S. Appl. No. 14/249,665 U.S. Pat. No. 9,792,026 Published as US2015/0293675, Dynamic Timeline for Branched Video, filed Apr. 10, 2014.

U.S. Appl. No. 14/509,700 U.S. Pat. No. 9,792,957 Published as US2016/0104513, Systems and Methods for Dynamic Video Bookmarking, filed Oct. 8, 2014.

U.S. Appl. No. 14/534,626 U.S. Pat. No. 10,692,540 Published as US-2018-0130501-A1, Systems and Methods for Dynamic Video Bookmarking, filed Sep. 13, 2017.

U.S. Appl. No. 16/865,896 U.S. Pat. No. 10,885,944 Published as US2020/0265870, Systems and Methods for Dynamic Video Bookmarking, filed May 4, 2020.

U.S. Appl. No. 17/138,434 U.S. Pat. No. 11,348,618 Published as US2021/0366520, Systems and Methods for Dynamic Video Bookmarking, filed Dec. 30, 2020.

U.S. Appl. No. 17/701,168 Published as US2022/0215861, Systems and Methods for Dynamic Video Bookmarking, filed Mar. 22, 2022.

U.S. Appl. No. 14/534,626 U.S. Pat. No. 11,412,276 Published as US2016/0105724, Systems and Methods for Parallel Track Transitions, filed Mar. 31, 2022.

U.S. Appl. No. 14/700,845 U.S. Pat. No. 10,582,265 Published as US2016/0323608, Systems and Methods for Nonlinear Video Playback Using Linear Real-Time Video Players, filed Apr. 30, 2015.

**US 12,450,306 B2**

Page 7

(56)          **References Cited**

OTHER PUBLICATIONS

U.S. Appl. No. 16/752,193 Published as US2020/0404382, Systems and Methods for Nonlinear Video Playback Using Linear Real-Time Video Players, filed Jan. 24, 2020.

U.S. Appl. No. 14/700,862 U.S. Pat. No. 9,672,868 Published as US2016/0322054, Systems and Methods for Seamless Media Creation, filed Apr. 30, 2015.

U.S. Appl. No. 14/835,857 U.S. Pat. No. 10,460,765 Published as US2017/0062012, Systems and Methods for Adaptive and Responsive Video, filed Aug. 26, 2015.

U.S. Appl. No. 16/559,082 U.S. Pat. No. 11,804,249 Published as US2019/0392868, Systems and Methods for Adaptive and Responsive Video, filed Sep. 3, 2019.

U.S. Appl. No. 18/472,352, Systems and Methods for Adaptive and Responsive Video, filed Sep. 22, 2023.

U.S. Appl. No. 14/978,464 U.S. Pat. No. 11,164,548 Published as US2017/0178601, Intelligent Buffering of Large-Scale Video, filed Dec. 22, 2015.

U.S. Appl. No. 14/978,491 U.S. Pat. No. 11,128,853 Published as US2017/0178409, Seamless Transitions in Large-Scale Video, filed Dec. 22, 2015.

U.S. Appl. No. 17/403,703 Published as US2022/0038673, Seamless Transitions in Large-Scale Video, filed Aug. 16, 2021.

U.S. Appl. No. 15/085,209 U.S. Pat. No. 10,462,202 Published as US2017/0289220, Media Stream Rate Synchronization, filed Mar. 30, 2016.

U.S. Appl. No. 15/165,373 Published as US2017/0295410, Symbiotic Interactive Video, filed May 26, 2016.

U.S. Appl. No. 15/189,931 U.S. Pat. No. 10,218,760 Published as US2017/0374120, Dynamic Summary Generation for Real-time Switchable Videos, filed Jun. 22, 2016.

U.S. Appl. No. 15/395,477 U.S. Pat. No. 11,050,809 Published as US2018/0191574, Systems and Methods for Dynamic Weighting of Branched Video Paths, filed Dec. 30, 2016.

U.S. Appl. No. 17/328,261 U.S. Pat. No. 11,553,024 Published as US2021/0281626, Systems and Methods for Dynamic Weighting of Branched Video Paths, filed May 24, 2021.

U.S. Appl. No. 15/997,284 U.S. Pat. No. 11,601,721 Published as US2019/0373330, Interactive Video dynamic adaption and user profiling, filed Jun. 4, 2018.

U.S. Appl. No. 15/863,191 U.S. Pat. No. 10,257,578, Dynamic Library Display for Interactive Videos, filed Jan. 5, 2018.

U.S. Appl. No. 16/283,066 U.S. Appl. No. 10,856,049 Published as US2019/0349637, Dynamic Library Display for Interactive Videos, filed Feb. 22, 2019.

U.S. Appl. No. 17/091,149 U.S. Pat. No. 11,528,534 Published as US2021/0306707, Dynamic Library Display for Interactive Videos, filed Nov. 6, 2020.

U.S. Appl. No. 16/591,103 U.S. Pat. No. 11,490,047 Published as US2021/0105433, Systems and Methods for Dynamically Adjusting Video Aspect Ratios, filed Oct. 2, 2019.

U.S. Appl. No. 16/793,205 Published as US2021/0258647, Dynamic adaptation of interactive video players using behavioral analytics, filed Feb. 18, 2020.

U.S. Appl. No. 16/793,201 U.S. Appl. No. 11,245,961 Published as US2021/0258640, Systems and Methods for Detecting Anomalous Activities for Interactive Videos, filed Feb. 18, 2020.

U.S. Appl. No. 16/922,540 Published as US2022/0014817, Systems and Methods for Seamless Audio and Video Endpoint Transitions, filed Jul. 7, 2020.

U.S. Appl. No. 17/462,199 Published as US2023/0076702, Shader-based dynamic video manipulation, filed Aug. 31, 2021.

U.S. Appl. No. 17/462,222 Published as US2023/0076000, Shader-based dynamic video manipulation, filed Aug. 31, 2021.

U.S. Appl. No. 17/334,027 Published as US2022/0385982, Automated platform for generating interactive videos, filed May 28, 2021.

U.S. Appl. No. 17/484,604 Published as US2023/0101675, Discovery engine for interactive videos, filed Sep. 24, 2021.

U.S. Appl. No. 17/484,635 Published as US2023/0101763, Video player integration within websites, filed Sep. 24, 2021.

U.S. Appl. No. 18/331,494, Automated Production Plan for Product Videos, filed Jun. 8, 2023.

U.S. Appl. No. 18/504,390, Automatic Post-Production for Product Videos, filed Nov. 8, 2023.

An ffmpeg and SDL Tutorial, "Tutorial 05: Synching Video," Retrieved from internet on Mar. 15, 2013: <http://dranger.com/ffmpeg/tutorial05.html>, 4 pages.

Archos Gen 5 English User Manual Version 3.0, Jul. 26, 2007, pp. 1-81.

Barlett M, (2008), "iTunes 11: How to Queue Next Song," *Technipages*, Oct. 6, 2008 issue, pp. 1-8, retrieved on Dec. 26, 2013 from the internet: http://www.technipages.com/itunes-queue-next-song.html.

Bodaghi, A. et al., "Personalization of Interactive Recommender Systems for Expert Users", 4th International Conference on the Web Research (ICWR), (2018), pp. 58-62.

Google Scholar search, "Inserting metadata insertion advertising video", Jul. 16, 2021, 2 pages.

International Preliminary Report and Written Opinion of PCT/IL2012/000080 dated Aug. 27, 2013, 7 pages.

International Search Report and Written Opinion for International Patent Application PCT/IB2013/001000 mailed Jul. 31, 2013 (5 pages).

International Search Report for International Patent Application PCT/IL2010/000362 dated Aug. 25, 2010 (2 pages).

International Search Report for International Patent Application PCT/IL2012/000081 dated Jun. 28, 2012 (4 pages).

International Search Report of PCT/IL2012/000080 dated Aug. 9, 2012, 4 pages.

Labs.byHook: "Ogg Vorbis Encoder for Flash: Alchemy Series Part 1," [Online] Internet Article, Retrieved on Jun. 14, 2012 from the Internet: URL:http://labs.byhook.com/2011/02/15/ogg-vorbis-encoder-for-flash-alchemy-series-part-1/, 2011, (pp. 1-6).

Marciel, M. et al., "Understanding the Detection of View Fraud in Video Content Portals", (Feb. 5, 2016), Cornell University, pp. 1-13.

Miller, Gregor et al., "MiniDiver: A Novel Mobile Media Playback Interface for Rich Video Content on an iPhoneTM", Entertainment Computing A ICEC 2009, Sep. 3, 2009, pp. 98-109.

Sodagar, I., "The MPEG-DASH Standard for Multimedia Streaming Over the Internet", IEEE Multimedia, IEEE Service Center, New York, NY US, (2011) 18(4): 62-67.

Supplemental European Search Report for EP10774637.2 (PCT/IL2010/000362) mailed Jun. 28, 2012 (7 pages).

Supplemental European Search Report for EP13184145, (Jan. 30, 2014), 5 pages.

Yang, H, et al., "Time Stamp Synchronization in Video Systems," (Oct. 1, 2010) Teletronics Technology Corporation, <http://www.ttcdas.com/products/daus_encoders/pdf/_tech_papers/tp_2010_time_stamp_video_system.pdf>, Abstract, (8 pages).

* cited by examiner



**FIG. 1**



FIG. 2



FIG. 3



FIG. 4A

FIG. 4B



FIG. 4C



FIG. 5A

FIG. 5B



FIG. 6A

## SHOPPING LIST

| | | |
|---|---|---|
| | Garlic bag | ☑ |
| | Red Wine Vinegar, 12.7 fl. oz | ☑ |
| | Sweet Italian Style Chicken Sausage, 11 oz | ☑ |
| | Classic Olive Oil, 17fl. oz | ☑ |
| | Fresh Rosemary, 0.5 oz | ☑ |
| | Kale Greens, Bunch | ☑ |
| | Nut & Honey Trail Mix, 26 oz | ☑ |

**FIG. 6B**

Case 1:25-cv-01553-JLH    Document 1-1    Filed 12/23/25    Page 34 of 121 PageID #: 50



FIG. 7A



FIG. 7B



FIG. 7C



FIG. 8

U.S. Patent    Oct. 21, 2025    Sheet 13 of 17    US 12,450,306 B2



FIG. 9

U.S. Patent    Oct. 21, 2025    Sheet 14 of 17    US 12,450,306 B2



FIG. 10

**U.S. Patent**    Oct. 21, 2025    Sheet 15 of 17    US 12,450,306 B2



FIG. 11A



FIG. 11B

U.S. Patent    Oct. 21, 2025    Sheet 17 of 17    US 12,450,306 B2



FIG. 12

US 12,450,306 B2

1

# VIDEO PLAYER INTEGRATION WITHIN WEBSITES

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a Continuation of U.S. application Ser. No. 17/484,635 filed on Sep. 24, 2021, which is hereby incorporated by reference in its entirety.

## TECHNICAL FIELD

The following disclosure is directed to methods and systems for presenting interactive videos and, more specifically, presenting interactive videos using an interactive video player integrated within websites.

## BACKGROUND

Websites often present information about a given product for the purpose of selling the product to a customer of the website. Some of these websites include videos visually presenting the product (e.g., a new vehicle, a power tool, a toy, a bouquet of flowers, etc.). However, such videos are typically predetermined and unalterable by the video developer or the user.

## SUMMARY

At least one aspect of the present disclosure is directed to a method for presenting an interactive video to a user. The method includes providing an application layer including at least one first user interface (UI) element, providing a video player layer including at least one second UI element, the video player layer being integrated in the application layer and configured to present the interactive video to the user, receiving a first user interaction associated with the at least one first UI element, and dynamically modifying the interactive video and/or the at least one second UI element included in the video player layer based on the first user interaction.

In one embodiment, the application layer and the video player layer are configured to communicate via an application program interface (API). In some embodiments, the method includes sending, via the API, at least one message from the application layer to the video player layer corresponding to the first user interaction. In various embodiments, the interactive video includes a video tree having a plurality of nodes and the at least one message corresponds to a selected node of the plurality of nodes. In certain embodiments, dynamically modifying the interactive video includes seeking to the selected node and presenting video content associated with the selected node to the user.

In some embodiments, the application layer is configured to present webpage content to the user. In one embodiment, the method includes receiving a second user interaction associated with the at least one second UI element, and dynamically modifying the webpage content and/or the at least one first UI element included in the application layer based on the second user interaction. In certain embodiments, the method includes sending, via the API, at least one message from the video player layer to the application layer corresponding to the second user interaction. In various embodiments, the method includes sending, via the API, an event list including a plurality of events from the application layer to the video player layer, and sending, via the API, at least one message from the video player layer to the appli-

2

cation layer in response to the occurrence of at least one event of the plurality of events.

In one embodiment, the at least one first UI element includes at least one first button and the at least one second UI element includes at least one second button.

Another aspect of the present disclosure is directed to a system for presenting an interactive video to a user. The system includes at least one memory for storing computer-executable instructions, and at least one processor for executing the instructions stored on the memory, wherein execution of the instructions programs the at least one processor to perform operations comprising: providing an application layer including at least one first user interface (UI) element, providing a video player layer including at least one second UI element, the video player layer being integrated in the application layer and configured to present the interactive video to the user, receiving a first user interaction associated with the at least one first UI element, and dynamically modifying the interactive video and/or the at least one second UI element included in the video player layer based on the first user interaction.

In one embodiment, the application layer and the video player layer are configured to communicate via an API. In some embodiments, the operations include sending, via the API, at least one message from the application layer to the video player layer corresponding to the first user interaction. In various embodiments, the interactive video includes a video tree having a plurality of nodes and the at least one message corresponds to a selected node of the plurality of nodes. In certain embodiments, dynamically modifying the interactive video includes seeking to the selected node and presenting video content associated with the selected node to the user.

In some embodiments, the application layer is configured to present webpage content to the user. In one embodiment, the operations include receiving a second user interaction associated with the at least one second UI element, and dynamically modifying the webpage content and/or the at least one first UI element included in the application layer based on the second user interaction. In certain embodiments, the operations include sending, via the API, at least one message from the video player layer to the application layer corresponding to the second user interaction. In various embodiments, the operations include sending, via the API, an event list including a plurality of events from the application layer to the video player layer, and sending, via the API, at least one message from the video player layer to the application layer in response to the occurrence of at least one event of the plurality of events.

In one embodiment, the at least one first UI element includes at least one first button and the at least one second UI element includes at least one second button.

Further aspects and advantages of the invention will become apparent from the following drawings, detailed description, and claims, all of which illustrate the principles of the invention, by way of example only.

## BRIEF DESCRIPTION OF THE DRAWINGS

A more complete appreciation of the invention and many attendant advantages thereof will be readily obtained as the same becomes better understood by reference to the following detailed description when considered in connection with the accompanying drawings. In the drawings, like reference characters generally refer to the same parts throughout the different views. Further, the drawings are not necessarily to

US 12,450,306 B2

3

scale, with emphasis instead generally being placed upon illustrating the principles of the invention.

FIG. **1** depicts a high-level system architecture for providing interactive media content according to an implementation.

FIG. **2** is a flowchart of an example method for generating an interactive video on an automated platform.

FIG. **3** is a diagram of an example system including the automated platform.

FIG. **4A** is a diagram illustrating example module types for use in the example system of FIG. **3**.

FIG. **4B** is a diagram of an example project formed from five modules.

FIG. **4C** is a diagram of an example template for an interactive video.

FIG. **5A** is a diagram of an example template organized serially for selecting features of a particular product.

FIG. **5B** is a diagram of a tree structure associated with the example template of FIG. **5A**.

FIG. **6A** is a diagram of an example template in which an interactive video enables multiple items to be selected.

FIG. **6B** provides a shopping list that may be compiled based on the end user selections made in the interactive video of FIG. **6A**.

FIG. **7A** is a diagram illustrating the adding of buttons into an example interactive video.

FIG. **7B** is a diagram illustrating the adding of sections into an example interactive video.

FIG. **7C** is a diagram illustrating a section of video content added in a time-arranged sequence.

FIG. **8** is a diagram illustrating an integrated video player.

FIG. **9** is a diagram illustrating a user interaction sequence corresponding to the integrated video player of FIG. **8**.

FIG. **10** is a diagram illustrating several orientations of a client device displaying the integrated video player of FIG. **8**.

FIG. **11A** is a diagram illustrating a communication sequence between an application layer and a video player layer of the integrated video player of FIG. **8**.

FIG. **11B** is a diagram illustrating a communication sequence between an application layer and a video player layer of the integrated video player of FIG. **8**.

FIG. **12** is a diagram illustrating an analytics platform including the integrated video player of FIG. **8**.

## DETAILED DESCRIPTION

Disclosed herein are exemplary embodiments of systems and methods for presenting interactive videos. In particular, described are various embodiments of an interactive video player integrated within websites.

High-Level System Architecture

FIG. **1** depicts a high-level architecture of such a system according to an implementation. A media presentation having multiple video and/or audio streams can be presented to a user on a user device **110** having one or more application (s) **112** that together are capable of playing and/or editing the content and displaying a video library where information associated with videos can browsed and videos can be selected for playback. The user device **110** can be, for example, a smartphone, tablet, laptop, desktop, palmtop, television, gaming device, virtual reality headset, smart glasses, smart watch, music player, mobile telephone, workstation, or other computing device configured to execute the functionality described herein. The user device **110** can have output functionality (e.g., display monitor, touchscreen,

4

image projector, etc.) and input functionality (e.g., touchscreen, keyboard, mouse, remote control, etc.).

The application **112** can be a video player/editor and library browser that is implemented as a native application, web application, or other form of software. In some implementations, the application **112** is in the form of a web page, widget, and/or Java, JavaScript, .Net, Silverlight, Flash, and/or other applet or plug-in that is downloaded to the user device **110** and runs in conjunction with a web browser. The application **112** and the web browser can be part of a single client-server interface; for example, the application **112** can be implemented as a plugin to the web browser or to another framework or operating system. Any other suitable client software architecture, including but not limited to widget frameworks and applet technology, can also be employed.

Media content can be provided to the user device **110** by content server **102**, which can be a web server, media server, a node in a content delivery network, or other content source. In some implementations, the application **112** (or a portion thereof) is provided by application server **106**. For example, some or all of the described functionality of the application **112** can be implemented in software downloaded to or existing on the user device **110** and, in some instances, some or all of the functionality exists remotely. For example, certain video encoding and processing functions can be performed on one or more remote servers, such as application server **106**. In some implementations, the user device **110** serves only to provide output and input functionality, with the remainder of the processes being performed remotely.

The user device **110**, content server **102**, application server **106**, and/or other devices and servers can communicate with each other through communications network **114**. The communication can take place via any media such as standard telephone lines, LAN or WAN links (e.g., T1, T3, 56 kb, X.25), broadband connections (ISDN, Frame Relay, ATM), wireless links (802.11, Bluetooth, GSM, CDMA, etc.), and so on. The network **114** can carry TCP/IP protocol communications and HTTP/HTTPS requests made by a web browser, and the connection between clients and servers can be communicated over such TCP/IP networks. The type of network is not a limitation, however, and any suitable network can be used.

More generally, the techniques described herein can be implemented in any suitable hardware or software. If implemented as software, the processes can execute on a system capable of running one or more custom operating systems or commercial operating systems such as the Microsoft Windows® operating systems, the Apple OS X® operating systems, the Apple iOS® platform, the Google Android™ platform, the Linux® operating system and other variants of UNIX® operating systems, and the like. The software can be implemented a computer including a processing unit, a system memory, and a system bus that couples various system components including the system memory to the processing unit.

The system can include a plurality of software modules stored in a memory and executed on one or more processors. The modules can be in the form of a suitable programming language, which is converted to machine language or object code to allow the processor or processors to read the instructions. The software can be in the form of a standalone application, implemented in any suitable programming language or framework.

Method steps of the techniques described herein can be performed by one or more programmable processors executing a computer program to perform functions of the inven-

US 12,450,306 B2

**5**

tion by operating on input data and generating output. Method steps can also be performed by, and apparatus of the invention can be implemented as, special purpose logic circuitry, e.g., an FPGA (field programmable gate array) or an ASIC (application-specific integrated circuit). Modules can refer to portions of the computer program and/or the processor/special circuitry that implements that functionality.

Processors suitable for the execution of a computer program include, by way of example, both general and special purpose microprocessors, and any one or more processors of any kind of digital computer. Generally, a processor will receive instructions and data from a read-only memory or a random access memory or both. The essential elements of a computer are a processor for executing instructions and one or more memory devices for storing instructions and data. Information carriers suitable for embodying computer program instructions and data include all forms of non-volatile memory, including by way of example semiconductor memory devices, e.g., EPROM, EEPROM, and flash memory devices; magnetic disks, e.g., internal hard disks or removable disks; magneto-optical disks; and CD-ROM and DVD-ROM disks. One or more memories can store media assets (e.g., audio, video, graphics, interface elements, and/ or other media files), configuration files, and/or instructions that, when executed by a processor, form the modules, engines, and other components described herein and perform the functionality associated with the components. The processor and the memory can be supplemented by, or incorporated in special purpose logic circuitry.

It should also be noted that the present implementations can be provided as one or more computer-readable programs embodied on or in one or more articles of manufacture. The article of manufacture can be any suitable hardware apparatus, such as, for example, a floppy disk, a hard disk, a CD-ROM, a CD-RW, a CD-R, a DVD-ROM, a DVD-RW, a DVD-R, a flash memory card, a PROM, a RAM, a ROM, or a magnetic tape. In general, the computer-readable programs can be implemented in any programming language. The software programs can be further translated into machine language or virtual machine instructions and stored in a program file in that form. The program file can then be stored on or in one or more of the articles of manufacture.

Media Presentations

The media presentations referred to herein can be structured in various forms. For example, a particular media presentation can be an online streaming video having multiple tracks or streams that a user can switch among in real-time or near real-time. For example, a media presentation can be structured using parallel audio and/or video tracks as described in U.S. patent application Ser. No. 14/534,626, filed on Nov. 6, 2014, and entitled "Systems and Methods for Parallel Track Transitions," the entirety of which is incorporated by reference herein. More specifically, a playing video file or stream can have one or more parallel tracks that can be switched among in real-time automatically and/or based on user interactions. In some implementations, such switches are made seamlessly and substantially instantaneously, such that the audio and/or video of the playing content can continue without any perceptible delays, gaps, or buffering. In further implementations, switches among tracks maintain temporal continuity; that is, the tracks can be synchronized to a common timeline so that there is continuity in audio and/or video content when switching from one track to another (e.g., the same song is played using

**6**

different instruments on different audio tracks; same storyline performed by different characters on different video tracks, and the like).

Such media presentations can also include interactive video structured in a video tree, hierarchy, or other form. A video tree can be formed by nodes that are connected in a branching, hierarchical, or other linked form. Nodes can each have an associated video segment, audio segment, graphical user interface (GUI) elements, and/or other associated media. Users (e.g., viewers) can watch a video that begins from a starting node in the tree and proceeds along connected nodes in a branch or path. Upon reaching a point during playback of the video where multiple video segments (child nodes) branch off from a segment (parent node), the user can interactively select the branch or path to traverse and, thus, the next video segment to watch.

As referred to herein, a particular branch or path in an interactive media structure, such as a video tree, can refer to a set of consecutively linked nodes between a starting node and ending node, inclusively, or can refer to some or all possible linked nodes that are connected subsequent to (e.g., sub-branches) or that include a particular node. Branched video can include seamlessly assembled and selectably presentable multimedia content such as that described in U.S. patent application Ser. No. 13/033,916, filed on Feb. 24, 2011, and entitled "System and Method for Seamless Multimedia Assembly" (the "Seamless Multimedia Assembly application"), and U.S. patent application Ser. No. 14/107,600, filed on Dec. 16, 2013, and entitled "Methods and Systems for Unfolding Video Pre-Roll," the entireties of which are hereby incorporated by reference.

The prerecorded video segments in a video tree or other structure can be selectably presentable multimedia content; that is, some or all of the video segments in the video tree can be individually or collectively played for a user based upon the user's selection of a particular video segment, an interaction with a previous or playing video segment, or other interaction that results in a particular video segment or segments being played. The video segments can include, for example, one or more predefined, separate multimedia content segments that can be combined in various manners to create a continuous, seamless presentation such that there are no noticeable gaps, jumps, freezes, delays, or other visual or audible interruptions to video or audio playback between segments. In addition to the foregoing, "seamless" can refer to a continuous playback of content that gives the user the appearance of watching a single, linear multimedia presentation, as well as a continuous playback of multiple content segments that have smooth audio and/or video transitions (e.g., fadeout/fade-in, linking segments) between two or more of the segments.

In some instances, the user is permitted to make choices or otherwise interact in real-time at decision points or during decision periods interspersed throughout the multimedia content. Decision points and/or decision periods can occur at any time and in any number during a multimedia segment, including at or near the beginning and/or the end of the segment. Decision points and/or periods can be predefined, occurring at fixed points or during fixed periods in the multimedia content segments. Based at least in part on the user's choices made before or during playback of content, one or more subsequent multimedia segment(s) associated with the choices can be presented to the user. In some implementations, the subsequent segment is played immediately and automatically following the conclusion of the current segment, whereas in other implementations, the subsequent segment is played immediately upon the user's

US 12,450,306 B2

7                                                              8

interaction with the video, without waiting for the end of the decision period or the end of the segment itself.

If a user does not make a selection at a decision point or during a decision period, a default, previously identified selection, or random selection can be made by the system. In some instances, the user is not provided with options; rather, the system automatically selects the segments that will be shown based on information that is associated with the user, other users, or other factors, such as the current date. For example, the system can automatically select subsequent segments based on the user's IP address, location, time zone, the weather in the user's location, social networking ID, saved selections, stored user profiles, preferred products or services, and so on. The system can also automatically select segments based on previous selections made by other users, such as the most popular suggestion or shared selections. The information can also be displayed to the user in the video, e.g., to show the user why an automatic selection is made. As one example, video segments can be automatically selected for presentation based on the geographical location of three different users: a user in Canada will see a twenty-second beer commercial segment followed by an interview segment with a Canadian citizen; a user in the US will see the same beer commercial segment followed by an interview segment with a US citizen; and a user in France is shown only the beer commercial segment.

Multimedia segment(s) selected automatically or by a user can be presented immediately following a currently playing segment, or can be shown after other segments are played. Further, the selected multimedia segment(s) can be presented to the user immediately after selection, after a fixed or random delay, at the end of a decision period, and/or at the end of the currently playing segment. Two or more combined segments can form a seamless multimedia content path or branch, and users can take multiple paths over multiple playthroughs, and experience different complete, start-to-finish, seamless presentations. Further, one or more multimedia segments can be shared among intertwining paths while still ensuring a seamless transition from a previous segment and to the next segment. The content paths can be predefined, with fixed sets of possible transitions in order to ensure seamless transitions among segments. The content paths can also be partially or wholly undefined, such that, in some or all instances, the user can switch to any known video segment without limitation. There can be any number of predefined paths, each having any number of predefined multimedia segments. Some or all of the segments can have the same or different playback lengths, including segments branching from a single source segment.

Traversal of the nodes along a content path in a tree can be performed by selecting among options that appear on and/or around the video while the video is playing. In some implementations, these options are presented to users at a decision point and/or during a decision period in a content segment. Some or all of the displayed options can hover and then disappear when the decision period ends or when an option has been selected. Further, a timer, countdown or other visual, aural, or other sensory indicator can be presented during playback of content segment to inform the user of the point by which he should (or, in some cases, must) make his selection. For example, the countdown can indicate when the decision period will end, which can be at a different time than when the currently playing segment will end. If a decision period ends before the end of a particular segment, the remaining portion of the segment can serve as a non-interactive seamless transition to one or more other segments. Further, during this non-interactive end portion,

the next multimedia content segment (and other potential next segments) can be downloaded and buffered in the background for later playback (or potential playback). A segment that is played after (immediately after or otherwise) a currently playing segment can be determined based on an option selected or other interaction with the video. Each available option can result in a different video and audio segment being played. As previously mentioned, the transition to the next segment can occur immediately upon selection, at the end of the current segment, or at some other predefined or random point. Notably, the transition between content segments can be seamless. In other words, the audio and video continue playing regardless of whether a segment selection is made, and no noticeable gaps appear in audio or video playback between any connecting segments. In some instances, the video continues on to another segment after a certain amount of time if none is chosen, or can continue playing in a loop.

In one example, the multimedia content is a music video in which the user selects options upon reaching segment decision points to determine subsequent content to be played. First, a video introduction segment is played for the user. Prior to the end of the segment, a decision point is reached at which the user can select the next segment to be played from a listing of choices. In this case, the user is presented with a choice as to who will sing the first verse of the song: a tall, female performer, or a short, male performer. The user is given an amount of time to make a selection (i.e., a decision period), after which, if no selection is made, a default segment will be automatically selected. The default can be a predefined or random selection. Of note, the media content continues to play during the time the user is presented with the choices. Once a choice is selected (or the decision period ends), a seamless transition occurs to the next segment, meaning that the audio and video continue on to the next segment as if there were no break between the two segments and the user cannot visually or audibly detect the transition. As the music video continues, the user is presented with other choices at other decisions points, depending on which path of choices is followed. Ultimately, the user arrives at a final segment, having traversed a complete multimedia content path.

Interactive Videos for Physical Items

In various embodiments, interactive videos may feature one or more physical items, e.g., for the purpose of selling the item, for educating a user about the item, for training a user about the item, etc. Example embodiments of the interactive videos may enable a user to interact with a representation of an item. In some embodiments, the interactive video may be configured such that the user is able to interact with the representation of the item within the video, outside of the video, adjacent to the video, etc.

For example, in the context of a product on sale (e.g., a car, a shirt, gym equipment, etc.), the video featuring the product may be configured to enable a user to interact with the representation of the product, the product's features, types of the product, options for the product, accessories for the product, other products similar and/or related to the product, etc. In this way, the user can explore and learn more about the product before making a purchasing decision. In another example, in the context of an educational video featuring a subject item, the video may be configured to present a representation of the subject item (e.g., a whale, a circuit, a plant, a book, etc.). The user (e.g., student, trainee, etc.) can interact with the subject item to learn more about and/or investigate the features of the subject item, reconfigurability of the item, etc. It is understood that, while this

US 12,450,306 B2

9

disclosure features systems and methods for generating interactive videos for products, the example systems and methods described herein can be applied to interactive videos featuring educational items, training items, items subject to investigation, items subject to analysis, etc.

In various embodiments, the interactive video can be included (integrated, embedded, etc.) in a website, an app for a mobile device, on an automated platform, etc. For example, the interactive video featuring a product may be on the product-specific webpage or a product detail page (PDP) of the app or platform. In another example, the interactive video can be part of a retail website (e.g., Nike.com, Toyota.com, Samsung.com, etc.) or a part of an online marketplace (e.g., Walmart.com, Amazon.com, etc.).

Automated Platform and Related Methods

In various embodiments, an automated platform can be configured to generate an interactive video. FIG. 2 shows a flowchart of an example method for generating an interactive video on an automated platform. FIG. 3 illustrates a diagram of an example system including the automated platform. For the sake of clarity and conciseness, FIGS. 2-3 are discussed together herein. The term "publisher" is used to refer to the user that is involved in generating the interactive videos and the term "end user" is used to refer to the user that interacts with the interactive videos.

Referring to FIG. 3, the example system 300 may include an automated platform 302 hosted on a computing system 304. In some embodiments, the automated platform 302 includes a platform interface 306. A server system 308 may be configured to be connected (e.g., via an API, via the cloud, a computer network, etc.) to the computing system 304. The server system 308 may be configured to be connected (e.g., via an API, via the cloud, a computer network, etc.) to an end user computing system 310. The end user computing system 310 may have an end user interface 312. The end user computing system 310 may be a mobile device, a smartphone, a tablet computer, a laptop computer, a notebook computer, a set of smart glasses, a smart watch, a headset, etc. Note that the system 300 may be communicably connected (e.g., via an API, via the cloud, a computer network, etc.) to other computing systems, e.g., remote computing system 314.

In step 202, the system 300 (e.g., automated platform 302) can be configured to receive data 316 associated with at least one physical item. The received data 316 may be streamed, received via an application programming interface (API), received in one or more data files, and/or received in a bulk data transfer. The received data 316 to may be inputted by the publisher and/or obtained from a remote computing system 314. For example, the data 316 may include an identification number or code associated the item (e.g., a stock keeping unit (SKU), an ID number, etc.), a link to a website (e.g., a URL) associated with the item, a text description associated with the item, one or more tags associated with the item, a list of features associated with the item, one or more images of the item, one or more videos associated with the item, one or more videos associated with the item feature, one or more audio data associated with the item, and/or one or more audio data associated with the item features. For example, the received data 316 for a particular product may include a product name, one or more pictures of the product, customer reviews of the product, a product description, inventory status, one or more tags, an identification number, etc. As described further below, one or more of these data may be used or presented in or adjacent to the interactive video featuring the product item.

10

In step 204, the system 300 can be configured to receive video content including a visual presentation of one or more physical items. In some embodiments, the interactive video features one item. In some embodiments, the interactive video features two or more options (e.g., color, size, similar products, etc.) for the same item. In some embodiments, the interactive video features two or more items. For example, an interactive video can feature a cooking video with a grocery shopping list of ingredients used in the video. In another example, an interactive video for skiing or snowboarding can feature multiple pieces of clothing, equipment, accessories, etc. for purchase.

In step 206, the system 300 can be configured to receive a selection of a predetermined template. The predetermined template may include two or more modules (also referred to as "sections") organized in a tree structure. Note that the system 300 may store and/or reference one or more templates based on the item, a feature of the item, a tag associated with the item, the publisher's preference, etc. Different templates may be associated with different tree structures, may have different appearances, and/or accommodate different data (e.g., video, audio, etc.) associated with the item. The publisher can select an appropriate template for a given item; add, remove, or adjust modules; adjust the associated tree structure; add, remove, or adjust the data in the template.

FIG. 4A illustrates example module types for use in system 300. A given module may include one or more nodes arranged in a tree structure. Illustrated are module type 1 (400a), module type 2 (module 400b), module type 3 (module 400c), module type 4 (module 400d), and module type 5 (module 400e) (collectively referred as module types 400). It is understood that other types and/or configurations of modules are within the scope of this disclosure. For instance, module type 1 may include a single node A having an input (connected to the input of the module 400a) and an output (connected to the output of the module 400a). Module type 2 may include node A having an input (connected to the input to the module 400b) and an output connected to the inputs of nodes B1, B2, and B3. Nodes B1, B2, and B3 can be arranged in parallel. The outputs of nodes B1, B2, and B3 can form the output of module 400b. Module type 3 may include a node A having an input (connected to the input of the module 400c) and an output connected to the inputs of node B1 and node B2 (which can be arranged in parallel to one another). The outputs of node B1 and node B2 can be connected to the inputs of node C1 and node C2. The outputs of node C1 and node C2 can be connected to the output of module 400c. Module type 4 may include parallel node A1, node A2, and node A3. The input of module 400d can be connected to one or more of the parallel nodes and the output of one or more of the parallel nodes can be connected to the output of the module 400d. Module type 5 can include parallel node A1, node A2, and node A3. The input of module 400e can be connected to one or more of the parallel nodes A1, A2, A3. The output of one or more of the parallel nodes can be connected to the input of node B1. The output of node B1 can be connected to one or more of the inputs of parallel nodes C1, C2, C3. The outputs of parallel nodes C1, C2, C3 can be connected to the output of module 400e. In various embodiments, one or more modules 400 of types 1-5 can be part of a project workspace 402. These modules 400 can be selected and/or organized by a user (e.g., a publisher) working in the project workspace 402.

FIG. 4B illustrates an example project 404 formed from five modules. In this example, the project 404 is for an interactive video enabling the selection of a wall paint. The

US 12,450,306 B2

11

project includes module **406***a* (of type 4) enabling the selection of a room (e.g., in a residence); module **406***b* (of type 1) enabling the selection of a color; module **406***c* (of type 3) enabling the selection of a shade; module **406***d* (of type 1) enabling the selection of a sheen; and module **406***e* (of type 5) enabling the selection of cost.

FIG. **4**C illustrates an example template **408**. As illustrated, the template **408** includes an index of sections at the top **410** of the frame **412**. The interactive video may play inside the frame **412** as it is being configured for interactivity. The example template **408** may include two or more sections (e.g., Section 1, Section 2, Section 3), two or more sub-sections (e.g., Sub-Section 1, Sub-Section 2, Sub-Section 3), and two or more buttons (e.g., Button A, Button B). The sections and/or the subsections can each be associated with a particular interactive aspect of the video. The buttons can be configured by the publisher to enable a user select a feature or option in the interactive video.

In step **208**, the system **300** can be configured to organize the video content into the predetermined template to form organized video template. In some embodiments, the video content may be received in portions and/or divided into portions after receipt. These video content portions may be organized into sections (and/or subsections). For example, a template for an interactive video featuring a toy may organize received video content such that the interactive video includes a first section for unboxing the toy, a second section for playing with the toy, and exploring the features of the toy. In another example, a template for an interactive video featuring a fashion product (e.g., clothes, accessories, shoes, etc.) may include a first section for the user to select a fashion influencer, a second section to view a product associated with the influencer, a third section to select a color, and a fourth section to select a color.

In step **210**, an object (e.g., a button, an interactive element, a slide, etc.) may be embedded in a portion of the video content (e.g., in a section) to enable the end user to interact with the video. FIG. **5**A illustrates example template **500** (or part of a template) organized serially (e.g., sequentially, in time, etc.) for selecting features of a particular product (e.g., item of clothing). The template **500** includes a first section (Section A) in which the end user is prompted to select a color of the product (e.g., green, red, or blue) and a second section (Section B) in which the end user is prompted to select a size of the product (e.g., 12, 15, 18, 21). As illustrated in FIG. **5**B, the tree structure **502** is arranged such that the color branch **504** splits into three branches (one for each color green, red, blue). The color branches lead to the size branch **506**, which splits into four branches (one for size 12, size 15, size 18, and size 21).

FIG. **6**A provides an example template **600** in which an interactive video enables multiple items to be selected. In this example, each section may include a video content portion associated with a food (e.g., a segment of a cooking video in which one or more ingredients are added). Therefore, in Section A, a video portion (e.g., associated with a vegetable component) may play and buttons (e.g., to types of vegetables respectively) may appear before, during, or after the video portion plays. Once a selection is made (e.g., button "Kale"), the interactive video moves to the next section having the next video content portion (e.g., associated with a meat component). Again, a selection of a button (e.g., sausage) is made and the video content in Section C is played. Note that this sequence may include more or less sections. The sections may be of different lengths. For example, FIG. **6**B provides a shopping list that may be compiled based on the end user selections made in previous

12

sections. It is understood that a similar list may be compiled based on an interactive video for winter sports equipment, a car with trim options, a product with various configurations, etc.

In some embodiments, the interactive video may be configured to wait for end user interaction (e.g., via a button) to move to the next section. In some embodiments, the interactive video may be configured to automatically select a button for the end user after some time period (or make no selection) and move to the next section.

In some embodiments, the interactive video may be altered before, during, or after the video is "live" on a website. For example, one or more aspects of the template and/or the video content (e.g., buttons, sections, subsections, timeline, video content, data) may be adjusted. FIG. **7**A illustrates the adding of buttons into an interactive video **702**. In this example, interactive video **702** includes buttons A, B, and C. The publisher can add a button D to create **704**. In some embodiments, the template is configured to enable the buttons A, B, C, and D to distribute automatically based on their number over the area inside the frame **706**. Adding a button to video **704** causes the arrangement displayed in video **708**, in which the five buttons are distributed in the frame **706**. In some embodiments, this predetermined distribution of buttons is adjustable by the publisher. Note that the buttons described herein may be positioned anywhere within a frame (e.g., of the interactive video, of the player of the video, etc.), at the perimeter of the video, outside the video on the webpage.

In FIG. **7**B, the publisher can choose to add or subtract sections from an interactive video **710**. In the illustrated example, the publisher has added a fourth section, which is added to the index at the top of the frame **712** to form interactive video **714**. FIG. **7**C illustrates an embodiment in which a section of video content is added in a time-arranged sequence. In particular, in interactive video **716**, Section A (selecting a color of the item) passes to Section B (selecting a size of the item). The platform **302** enables the publisher to add a section between Sections A and B. For example, a new Section B (selecting a gender) is added between selecting a color in Section A and selecting a size in new Section C (old Section B). Note that the changes described herein to the interactive video has a corresponding effect in the tree structure for the interactive video.

In some embodiments, a template for an interactive video may be embedded into a website and may be configured to be "overridden" by data associated with the webpage. For instance, the template can include placeholder sections, buttons, fields, video content, images, number of template elements (e.g., sections, subsections, buttons, etc.), location of elements, etc. The template may then be overridden by the website in real time or near real time. The features of the template that can be overridden may be included in metadata associated with the template and/or webpage carrying the template. A publisher may choose to embed the template into multiple webpages (e.g., each webpage featuring a different model of a shoe, an online marketplace featuring a wide variety of products, etc.) and override the template with content and/or configurations specific to the item on that webpage. In some embodiments, the configuration of template, video content, and/or related data can be stored within data of the webpage.

Integrated Video Player

As described above, the interactive video can be embedded into a webpage such that users can interact with the interactive video while browsing or viewing the webpage. However, when embedded into the webpage, there may be

US 12,450,306 B2

13

a disconnect between the content on the webpage and user interactions with the interactive video. As such, it may be advantageous to integrate the interactive video into the webpage such that interactive video and/or the webpage can be dynamically updated based on the user interactions.

FIG. **8** illustrates a diagram of an integrated video player **800** in accordance with aspects described herein. In one example, the integrated video player includes an application layer **802** and a video player layer **804**. In some examples, the application layer **802** corresponds to a webpage or website; however, in other examples, the application layer may correspond to the user interface of a client application (e.g., a mobile application). As such, the application layer **802** includes text, graphics, and other user interface features associated with the website (or application). The application layer **802** may be an HTML document. The video player layer **804** is configured to display an interactive video or an interactive video template (e.g., template **408** of FIG. **4C**). In some examples, the video player layer **804** corresponds to an inline frame (iFrame). In one example, the video player layer **804** is an HTML document embedded inside another HTML document (e.g., the application layer **802**).

The application layer **802** and the video player layer **804** can include user interface (UI) elements that enable users to interact with the webpage and/or the interactive video. For example, the application layer **802** includes a first plurality of UI elements **806** and the video player layer **804** includes a second plurality of UI elements **808**. In one example, the first plurality of UI elements **806** correspond to different options (e.g., Option 1, Option 2, etc.) of a product included on the webpage (or the application layer **802**). The different options may represent different configurations of the product (e.g., colors, sizes, etc.). The first plurality of UI elements **806** may be configured buttons that are selectable by the user; however, in other examples, the UI elements **806** may have a different configuration (e.g., text entry box, drop down menu, etc.). In some examples, the user can select or modify the first plurality of UI elements **806** to change the video content or video branch presented in the video player layer **804**. Likewise, the second plurality of UI elements **808** may be configured as buttons, text entry boxes, drop down menus, or any other suitable UI elements. The user may select or modify each of the UI elements **806** to change the video content presented in the video player layer **804** and/or content displayed on the webpage (or the application layer **802**).

FIG. **9** illustrates an example user interaction sequence corresponding to the integrated video player **800**. The illustrated example corresponds to an embodiment of the integrated video player **800** configured for an e-commerce application or website (e.g., Amazon, Walmart, etc.). In one example, the first plurality of UI elements **806** of the application layer **802** includes a first UI element **806a** corresponding to a product size and a second UI element **806b** corresponding to a product color. In some examples, the product is a shirt. As shown, the user may interact with the first UI element **806a** to select a product size (e.g., "20") and the second UI element **806b** to select a product color (e.g., "white"). In response, the video player layer **804** automatically presents video content **900a** corresponding to the selected product configuration (e.g., white shirt, size 20). The user can adjust the UI elements **806a**, **806b** to change the video content displayed in the video player layer **804**. For example, in response to the user selecting a different product size (e.g., "10") via the first UI element **806a**, the video player layer **804** automatically presents video content **900b** corresponding to the new product configuration (e.g.,

14

white shirt, size 10). Likewise, the user can interact with the video content to adjust the product configuration. In one example, the user can interact with the video content via one or more UI elements (e.g., the second plurality of UI elements **806**). In some examples, the user can interact directly with the video content (e.g., tapping on the product, re-sizing the product, etc.). For example, the user may interact the product within the video player layer **804** to change the size and color of the product. In response, the video player layer **804** can present video content **900c** representing the new product configuration (e.g., black shirt, size 15) and the UI element **806a**, **806b** can be updated by the application layer **802** to reflect the new product configuration. While not shown, the application layer **802** or the video player layer **804** may include a button that enables the user to purchase the product or add the product to an online shopping cart with a desired product configuration. In some examples, the video content presented in the video player layer **804** can be selected or modified based on other types of user interactions. For example, while the user navigates the webpage (e.g., the application layer **802**), the video content may update as the user is moving between different items or products (e.g., using a cursor, scrolling on a touchscreen, etc.).

In some examples, the UI element configuration of the integrated video player **800** can be dynamically updated. For example, the configuration may change as the user changes the orientation of the device displaying the integrated video player **800**. FIG. **10** illustrates several example orientations of a client device **1000** displaying the integrated video player **800**. In one example, the client device is a mobile phone (e.g., smartphone); however, in other examples, the client device may be a tablet, computer, laptop, or other types of electronic devices. As shown, the client device **1000** can be positioned to have a first orientation A (e.g., landscape) and a second orientation B (e.g., portrait). In the first orientation A, the video player layer **804** can be scaled to cover the entire screen of the client device **1000**. The first plurality of UI elements **806** of the application layer **802** can be arranged to overlay the video content presented by the video player layer **804** along with the second plurality of UI elements **808**. In the second orientation B, the size of the video player layer **804** is adjusted such that the first plurality of UI elements **806** can be arranged in the application layer **802** above the video player layer **804** and the second plurality of UI elements **808**. In other examples, the first plurality of UI elements **806** can be arranged in the application layer **802** below (or adjacent to) the video player layer **804**.

As described above, the video content presented in the video player layer **804** can be updated based on changes to content displayed in the application layer **802**, or vice versa. In one example, the application layer **802** and the video player layer **804** are configured to communicate via a two-way communication protocol. For example, layers **802**, **804** may communicate using an application program interface (API). In some examples, the API includes a JavaScript library based on the "postMessage" iFrame framework. The communication protocol can include at least one queue such that messages can be sent between the layers **802**, **804** without being lost or missed. The messages (or responses) can be sent between the layers **802**, **804** in response to user interactions, before video content is displayed, after video content is displayed, and/or while the video content is being displayed (e.g., between frames of the video content). In one example, an embed URL associated with the integrated video player **800** (or the individual layers **802**, **804**) can be

US 12,450,306 B2

15

configured with parameters that are passed to the layers **802**, **804**. In some examples, the parameters (e.g., user ID, session ID, page view ID, etc.) are passed to the video player layer **804** such that video player layer **804** can provide initial video content corresponding to the current state of the application layer **802** and/or the user viewing the integrated video player **800**. For example, the application layer **802** or webpage may have an embed URL link: https://eko.com/video/jks6gk/?userid=1234, where a user ID "1234" is provided to the video player layer **804**.

FIG. **11**A illustrates an example communication sequence between the application layer **802** and the video player layer **804** of the integrated video player **800**. In one example, the application layer **802** can send an event list **1102** to the video player layer **804**. In some examples, the application layer **802** may send the event list **1102** during an initialization stage of the integrated video player **800**. The event list **1102** may represent the events corresponding to the video player layer **804** that are determined to be relevant to the application layer **802** (or the content included in the application layer **802**). For example, the event list **1102** can include events such as: "Started playing," "interaction," and "linkout." The video player layer **804** can receive the event list **1102** and may send messages (or notifications) to the application layer when the various events occur. As shown, the video player layer **804** can send a first message **1102***a* to the application layer **802** via the API indicating that the video player layer **804** has started playing the video content (e.g., the interactive video). In some examples, the application layer **802** and/or content included on the application layer **802** is updated in response to each message received from the video player layer **804**. The video player layer **804** may continue by starting a first node of the interactive video, ending the first node, and starting a second node of the interactive video. In one example, the user interacts with the interactive video during the second node. As such, the video player layer **804** sends a second message **1102***b* to the application layer **802** indicating the user has interacted with the interactive video. In some examples, the message **1102***b* provides information corresponding to the user interaction (e.g., a product configuration selected by the user). In certain examples, the application layer **802** can be updated based on the user interaction. The video player layer **804** may continue by ending the second node, starting a third node of the interactive video, and sending a third message **1102***c* to the application layer **802** indicating the user has interacted with the interactive video during the third node. In response to the user interaction during the third node, the video player layer **804** may start a fourth node of the interactive video. During the fourth node, the video player layer **804** sends a fourth message **1102***d* to the application layer **802** indicating a linkout event has occurred. In one example, the linkout event includes redirecting the integrated video player **800** (or one of the layers **802**, **804**) to an external link or webpage (e.g., an online shopping cart). In some examples, the linkout event can be triggered by a user interaction and/or by the content of the interactive video.

As described above, the video player layer **804** may send messages corresponding to events (e.g., user interactions) to the application layer **802**. Likewise, the application layer **802** may send messages (or commands) via the API to the video player layer **804**. For example, FIG. **11**B illustrates an example command sent from the application layer **802** to the video player layer **804** of the integrated video player **800**. In one example, the video player layer **804** is configured to play an interactive video **1110** having a plurality of nodes (e.g., Node A, Node B**1**, Node B**2**, etc.). The application layer **802**

16

can send a command **1112** to the video player layer **804** before the interactive video **1110** is started, after the interactive video **1110** has ended, and/or while the interactive video **1110** is playing. In some examples, the command **1112** corresponds to a node of the interactive video **1112**. For example, the command **1112** may instruct the video player layer **804** to jump or seek to node C**2**. In one example, the command **1112** is sent in response to a user interaction after viewing the video content associated with node B**1**; however, in other examples, the command **1112** may be sent at different times (e.g., after the user has viewed video content associated with node A). It should be appreciated that messages or commands can be exchanged between the application layer **802** and video player layer **804** in a synchronous or asynchronous manner.

In some examples, analytics can be collected from both the application layer **802** and the video player layer **804** of the integrated video player **800**. FIG. **12** illustrates an analytics platform **1200** including the integrated video player **800**. In one example, the application layer **802** includes an application analytics tracker **1202** and the video player layer **804** includes a player analytics tracker **1204**. As shown, both the application analytics tracker **1202** and the player analytics tracker **1204** can communicate with an analytics collector **1206**. In some examples, the application analytics tracker **1202** is configured to monitor and report user interactions and events associated with the application layer **802**. For example, the application analytics tracker **1202** may send data to the analytics collector **1206** corresponding to user interactions with the UI elements **806**, messages or commands sent to the video player layer **804**, and other events associated with the application layer **802**. Likewise, the player analytics tracker **1204** is configured to monitor and report user interactions and events associated with the video player layer **804**. For example, the player analytics tracker **1204** may send data to the analytics collector **1206** corresponding to user interactions with the UI elements **808**, messages sent to the application layer **802**, and other events associated with the video player layer **804**.

In some examples, the platform **1200** is configured to execute one or more analytical programs (referred to as analytics) on the application layer **802** and/or the video player layer **804**. For example, the platform **1200** may execute analytical programs on the interactive video, webpage, and/or app page to monitor and/or collect data on user interactions (e.g., selections, purchases, etc.). For example, this data can be used for marketing, product optimization, inventory optimization, etc. The data can be used by the merchant to determine which products are selected more than others, interacted with more frequently and/or for longer amounts of time, and/or purchased more often. In some cases, the data can be used to determine configurations for existing and/or future interactive videos. The analytics may keep track of user interactions via a user ID, the session associated with the playing of the video via a session identification number, an item or product identification number, the URL, etc.

Terminology

While this specification contains many specific implementation details, these should not be construed as limitations on the scope of what may be claimed, but rather as descriptions of features that may be specific to particular embodiments. Certain features that are described in this specification in the context of separate embodiments can also be implemented in combination in a single embodi-

US 12,450,306 B2

17                                                          18

ment. Conversely, various features that are described in the context of a single embodiment can also be implemented in multiple embodiments separately or in any suitable subcombination. Moreover, although features may be described above as acting in certain combinations and even initially claimed as such, one or more features from a claimed combination can in some cases be excised from the combination, and the claimed combination may be directed to a sub-combination or variation of a sub-combination.

Similarly, while operations are depicted in the drawings in a particular order, this should not be understood as requiring that such operations be performed in the particular order shown or in sequential order, or that all illustrated operations be performed, to achieve desirable results. In certain circumstances, multitasking and parallel processing may be advantageous. Moreover, the separation of various system components in the embodiments described above should not be understood as requiring such separation in all embodiments, and it should be understood that the described program components and systems can generally be integrated together in a single software product or packaged into multiple software products.

Particular embodiments of the subject matter have been described. Other embodiments are within the scope of the following claims. For example, the actions recited in the claims can be performed in a different order and still achieve desirable results. As one example, the processes depicted in the accompanying figures do not necessarily require the particular order shown, or sequential order, to achieve desirable results. In certain implementations, multitasking and parallel processing may be advantageous. Other steps or stages may be provided, or steps or stages may be eliminated, from the described processes. Accordingly, other implementations are within the scope of the following claims.

The phraseology and terminology used herein is for the purpose of description and should not be regarded as limiting.

The term "approximately", the phrase "approximately equal to", and other similar phrases, as used in the specification and the claims (e.g., "X has a value of approximately Y" or "X is approximately equal to Y"), should be understood to mean that one value (X) is within a predetermined range of another value (Y). The predetermined range may be plus or minus 20%, 10%, 5%, 3%, 1%, 0.1%, or less than 0.1%, unless otherwise indicated.

The indefinite articles "a" and "an," as used in the specification and in the claims, unless clearly indicated to the contrary, should be understood to mean "at least one." The phrase "and/or," as used in the specification and in the claims, should be understood to mean "either or both" of the elements so conjoined, i.e., elements that are conjunctively present in some cases and disjunctively present in other cases. Multiple elements listed with "and/or" should be construed in the same fashion, i.e., "one or more" of the elements so conjoined. Other elements may optionally be present other than the elements specifically identified by the "and/or" clause, whether related or unrelated to those elements specifically identified. Thus, as a non-limiting example, a reference to "A and/or B", when used in conjunction with open-ended language such as "comprising" can refer, in one embodiment, to A only (optionally including elements other than B); in another embodiment, to B only (optionally including elements other than A); in yet another embodiment, to both A and B (optionally including other elements); etc.

As used in the specification and in the claims, "or" should be understood to have the same meaning as "and/or" as defined above. For example, when separating items in a list, "or" or "and/or" shall be interpreted as being inclusive, i.e., the inclusion of at least one, but also including more than one, of a number or list of elements, and, optionally, additional unlisted items. Only terms clearly indicated to the contrary, such as "only one of or "exactly one of," or, when used in the claims, "consisting of," will refer to the inclusion of exactly one element of a number or list of elements. In general, the term "or" as used shall only be interpreted as indicating exclusive alternatives (i.e. "one or the other but not both") when preceded by terms of exclusivity, such as "either," "one of," "only one of," or "exactly one of." "Consisting essentially of," when used in the claims, shall have its ordinary meaning as used in the field of patent law.

As used in the specification and in the claims, the phrase "at least one," in reference to a list of one or more elements, should be understood to mean at least one element selected from any one or more of the elements in the list of elements, but not necessarily including at least one of each and every element specifically listed within the list of elements and not excluding any combinations of elements in the list of elements. This definition also allows that elements may optionally be present other than the elements specifically identified within the list of elements to which the phrase "at least one" refers, whether related or unrelated to those elements specifically identified. Thus, as a non-limiting example, "at least one of A and B" (or, equivalently, "at least one of A or B," or, equivalently "at least one of A and/or B") can refer, in one embodiment, to at least one, optionally including more than one, A, with no B present (and optionally including elements other than B); in another embodiment, to at least one, optionally including more than one, B, with no A present (and optionally including elements other than A); in yet another embodiment, to at least one, optionally including more than one, A, and at least one, optionally including more than one, B (and optionally including other elements); etc.

The use of "including," "comprising," "having," "containing," "involving," and variations thereof, is meant to encompass the items listed thereafter and additional items.

Use of ordinal terms such as "first," "second," "third," etc., in the claims to modify a claim element does not by itself connote any priority, precedence, or order of one claim element over another or the temporal order in which acts of a method are performed. Ordinal terms are used merely as labels to distinguish one claim element having a certain name from another element having a same name (but for use of the ordinal term), to distinguish the claim elements.

What is claimed is:

1. A method for presenting an interactive video to a user, the method comprising:

    providing a product webpage associated with a product;

    displaying, via the product webpage, an application layer including a plurality of user interface (UI) elements, wherein each UI element corresponds to a different configurable feature of the product;

    displaying, via the product webpage, a video player layer integrated in the application layer and configured to present the interactive video to the user, the interactive video representing the product;

    receiving, via a first UI element of the plurality of UI elements, a first user interaction indicating a selection of a first feature option from a plurality of first feature options for a first configurable feature of the product;

US 12,450,306 B2

19

sending at least one first message from the application layer to the video player layer in response to the first user interaction;

presenting, via the video player layer, first video content of the interactive video based on the at least one first message, wherein the first video content includes a user-specific product configuration having the first feature configured with the first feature option;

during presentation of the first video content, receiving, via a second UI element of the plurality of UI elements, a second user interaction indicating a selection of a second feature option from a plurality of second feature options for a second configurable feature of the product;

sending at least one second message from the application layer to the video player layer in response to the second user interaction; and

transitioning from the first video content to second video content of the interactive video based on the at least one second message, wherein the second video content includes a user-specific product configuration having the first feature configured with the first feature option and the second feature configured with the second feature option.

2. The method of claim 1, wherein the application layer and the video player layer are configured to communicate via an application program interface (API).

3. The method of claim 1, wherein the application layer includes webpage content presented to the user.

4. The method of claim 1, wherein the plurality of second feature options includes at least one feature option that is different from the plurality of first feature options.

5. The method of claim 1, further comprising:

dynamically modifying the first UI element based on the first user interaction to display first visual indicia representing the first configurable feature option; and

dynamically modifying the second UI element based on the second user interaction to display second visual indicia representing the second configurable feature option.

6. The method of claim 1, further comprising:

receiving, via the first UI element of the plurality of UI elements, a third user interaction indicating a selection of a third feature option from the plurality of first feature options for the first configurable feature of the product;

sending at least one third message from the application layer to the video player layer in response to the third user interaction; and

presenting, via the video player layer, third video content of the interactive video based on the at least one third message, wherein the third video content includes a user-specific product configuration having the first feature configured with the third feature option and the second feature configured with the second feature option.

7. The method of claim 1, further comprising:

receiving, via the video player layer, a third user interaction with the interactive video, the third user interaction corresponding to a selection of a third feature option from a plurality of third feature options for a third configurable feature of the product; and

presenting, via the video player layer, third video content of the interactive video presentation based on the third user interaction, wherein the third video content corresponds to the third feature option.

20

8. The method of claim 7, further comprising:

sending at least one third message from the video player layer to the application layer in response to the third user interaction.

9. The method of claim 8, further comprising:

dynamically modifying a third UI element of the application layer based on the at least one third message to display visual indicia, wherein the visual indicia represents the third feature option.

10. The method of claim 8, further comprising:

dynamically modifying at least one of the first UI element and the second UI element based on the at least one third message to display visual indicia, wherein the visual indicia represents the third feature option.

11. A system for presenting an interactive video to a user, the system comprising:

at least one memory for storing computer-executable instructions; and

at least one processor for executing the instructions stored on the memory, wherein execution of the instructions programs the at least one processor to perform operations comprising:

providing a product webpage associated with a product;

displaying, via the product webpage, an application layer including a plurality of user interface (UI) elements, wherein each UI element corresponds to a different configurable feature of the product;

displaying, via the product webpage, a video player layer integrated in the application layer and configured to present the interactive video to the user, the interactive video representing the product;

receiving, via a first UI element of the plurality of UI elements, a first user interaction indicating a selection of a first feature option from a plurality of first feature options for a first configurable feature of the product;

sending at least one first message from the application layer to the video player layer in response to the first user interaction;

presenting, via the video player layer, first video content of the interactive video based on the at least one first message, wherein the first video content includes a user-specific product configuration having the first feature configured with the first feature option;

during presentation of the first video content, receiving, via a second UI element of the plurality of UI elements, a second user interaction indicating a selection of a second feature option from a plurality of second feature options for a second configurable feature of the product;

sending at least one second message from the application layer to the video player layer in response to the second user interaction; and

transitioning from the first video content to second video content of the interactive video based on the at least one second message, wherein the second video content includes a user-specific product configuration having the first feature configured with the first feature option and the second feature configured with the second feature option.

12. The system of claim 11, wherein the application layer and the video player layer are configured to communicate via an application program interface (API).

13. The system of claim 11, wherein the application layer includes webpage content presented to the user.

US 12,450,306 B2

21

**14**. The system of claim **11**, wherein the plurality of second feature options includes at least one feature option that is different from the plurality of first feature options.

**15**. The system of claim **11**, wherein the operations further comprise:

dynamically modifying the first UI element based on the first user interaction to display first visual indicia representing the first feature option; and

dynamically modifying the second UI element based on the second user interaction to display second visual indicia representing the second feature option.

**16**. The system of claim **11**, wherein the operations further comprise:

receiving, via the first UI element of the plurality of UI elements, a third user interaction indicating a selection of a third feature option from the plurality of first feature options for the first configurable feature of the product;

sending at least one third message from the application layer to the video player layer in response to the third user interaction; and

presenting, via the video player layer, third video content of the interactive video based on the at least one third message, wherein the third video content includes a user-specific product configuration having the first feature configured with the third feature option and the second feature configured with the second feature option.

22

**17**. The system of claim **11**, wherein the operations further comprise:

receiving, via the video player layer, a third user interaction with the interactive video, the third user interaction corresponding to a selection of a third feature option from a plurality of third feature options for a third configurable feature of the product; and

presenting, via the video player layer, third video content of the interactive video presentation based on the third user interaction, wherein the third video content corresponds to the third feature option.

**18**. The system of claim **17**, wherein the operations further comprise:

sending at least one third message from the video player layer to the application layer in response to the third user interaction.

**19**. The system of claim **18**, wherein the operations further comprise:

dynamically modifying a third UI element of the application layer based on the at least one third message to display visual indicia, wherein the visual indicia represents the third feature option.

**20**. The system of claim **18**, wherein the operations further comprise:

dynamically modifying at least one of the first UI element and the second UI element based on the at least one third message to display visual indicia, wherein the visual indicia represents the third feature option.

\* \* \* \* \*

# EXHIBIT C

**Exhibit C - Infringement of U.S. Patent No. 9,641,898**

Eko sets forth the following allegations in this claim chart based upon information and belief after undergoing a reasonable investigation of all information practicably obtainable without the aid of discovery.  *See Hoffman-La Roche Inc. v. Invamed Inc.*, 213 F.3d 1359, 1364-65 (Fed. Cir. 2000).  The Accused Products infringe at least claim 16 of U.S. Patent No. 9,641,898 ("'898 patent"). The evidence in this chart comes from screenshots of https://donatelloarm.com/, which is, on information and belief, maintained by Artisan—as is evident from the website's footer reading: "© Copyright 2025 | Artisan Technologies LLC" and from Artisan's advertising and linking of the site from its primary website at http://artisantech.io/.

Upon information and belief, the descriptions in these documents disclose functionality contained in the Accused Products.

All emphases are added.

| '898 patent, claim 16 | Accused Products |
|---|---|
| **[16PRE] A computer-implemented method comprising:** | **To the extent the preamble is limiting, the Accused Products execute a computer-implemented method with following steps.**<br><br>**The Accused Products perform computer implemented methods for interactive videos, examples of which are included on Artisan's website.**<br><br>**E.g.:**<br><br> |

| '898 patent, claim 16 | Accused Products |
|---|---|
| |  <br> https://donatelloarm.com/services/interactive/ |
| **[16A] presenting a video stream to a user for viewing by the user, the video stream comprising a predefined path of prerecorded video segments** | *The Accused Products present a video stream to a user for viewing by the user, the video stream comprising a predefined path of prerecorded video segments.* <br><br> *The Accused Products present an interactive video stream to the user, examples of which are included on Artisan's website.  The screenshots below are of the interactive video on Artisan's website.  Upon information and belief, the video stream includes multiple prerecorded video segments.* <br><br> *E.g.:* |

| *'898 patent, claim 16* | *Accused Products* |
|---|---|
| |  *https://donatelloarm.com/presents/keurig.html* |

| *'898 patent, claim 16* | *Accused Products* |
|---|---|
| |  *https://donatelloarm.com/presents/mockingbird.html* |

| *'898 patent, claim 16* | *Accused Products* |
|---|---|
| | https://donatelloarm.com/presents/drewchair.html |
| *[16B] during presentation of the video stream:* | *The Accused Products, during presentation of the video stream, perform a method comprising the following steps.* <br><br> *The Accused Products allow multiple interactions with the video while the video is playing.* |

| '898 patent, claim 16 | Accused Products |
|---|---|
| | *E.g.:*<br><br><br><br>*https://donatelloarm.com/presents/keurig.html* |

| *'898 patent, claim 16* | *Accused Products* |
|---|---|
| |  *https://donatelloarm.com/presents/mockingbird.html* |

| *'898 patent, claim 16* | *Accused Products* |
|---|---|
| |  *https://donatelloarm.com/presents/drewchair.html* |
| *[16C] displaying, to the user viewing the video stream, at least a portion of a library of selectable prerecorded video segments;* | *The Accused Products display, to the user viewing the video stream, at least a portion of a library of selectable prerecorded video segments.*<br><br>*The Accused Products display multiple prerecorded video segments from which the user can choose another video, examples of which are included on Artisan's website. The screenshots below show the different prerecorded video segments that the user can choose.* |

| *'898 patent, claim 16* | *Accused Products* |
|---|---|
| | *E.g.:*  <br> *https://donatelloarm.com/presents/keurig.html* |

| *'898 patent, claim 16* | *Accused Products* |
|---|---|
| |  *https://donatelloarm.com/presents/mockingbird.html* |

| '898 patent, claim 16 | Accused Products |
|---|---|
| |  *https://donatelloarm.com/presents/drewchair.html* |
| *[16D] receiving, from the user viewing the video stream, a selection relating to one or more of the prerecorded video segments from the library;* | *The Accused Products receive, from the user viewing the video stream, a selection relating to one or more of the prerecorded video segments from the library.*<br><br>*The Accused Products receive selections of another video segment form the user, including clicks or touches on the different video segment options. The screenshots below show the video segment options on which the user can click or touch to make a selection.* |

| *'898 patent, claim 16* | *Accused Products* |
|---|---|
|  | *E.g.:*<br><br>https://donatelloarm.com/presents/keurig.html |

| *'898 patent, claim 16* | *Accused Products* |
|---|---|
| | <br>https://donatelloarm.com/presents/mockingbird.html |

| ’898 patent, claim 16 | Accused Products |
|---|---|
| | <br>*https://donatelloarm.com/presents/drewchair.html* |
| *[16E] adding, based on the selection, the one or more prerecorded video segments to a video segment watch-list;* | **The Accused Products add, based on the selection, the one or more prerecorded video segments to a video segment watch-list.**<br><br>**Upon information and belief, once the user makes her selection, the Accused Products add the chosen video to a video watch list or queue. The screenshots below show the video selected by the user playing after the transition.**<br><br>**E.g.:** |

| *'898 patent, claim 16* | *Accused Products* |
|---|---|
| | <br>*https://donatelloarm.com/presents/keurig.html* |

| *'898 patent, claim 16* | *Accused Products* |
|---|---|
| | <br><br>*https://donatelloarm.com/presents/mockingbird.html* |

| '898 patent, claim 16 | Accused Products |
|---|---|
| | <br>*https://donatelloarm.com/presents/drewchair.html* |
| *[16F] identifying a decision point in the predefined path, the decision point comprising a location at which the video stream can transition to one of a next prerecorded video segment* | *The Accused Products identify a decision point in the predefined path, the decision point comprising a location at which the video stream can transition to one of a next prerecorded video segment in the predefined path and a segment in the video segment watch-list.*<br><br>*Upon information and belief, the Accused Products identify a decision point when the video stream can transition to the user's chosen video segment.  The interactive videos on Artisan's website will transition seamlessly to the next chose video after the user makes a selection. The screenshots below show the video selected by the user playing after the transition.* |

| *'898 patent, claim 16* | *Accused Products* |
|---|---|
| *in the predefined path and a segment in the video segment watch-list; and* | *E.g.:*<br><br>*https://donatelloarm.com/presents/keurig.html* |

| *'898 patent, claim 16* | *Accused Products* |
|---|---|
| |  *https://donatelloarm.com/presents/mockingbird.html* |

| *'898 patent, claim 16* | *Accused Products* |
|---|---|
| |  https://donatelloarm.com/presents/drewchair.html |
| *[16G] inserting at least one segment from the watch-list into the video stream at the decision point, wherein the at least one inserted segment comprises the one or more prerecorded video* | *The Accused Products insert at least one segment from the watch-list into the video stream at the decision point, wherein the at least one inserted segment comprises the one or more prerecorded video segments that were added to the watch-list based on the selection received from the user viewing the video stream.*<br><br>*Upon information and belief, the Accused Products insert the user's chosen video segment at the decision point. The interactive videos on Artisan's website will transition seamlessly to the next* |

| *'898 patent, claim 16* | *Accused Products* |
|---|---|
| *segments that were added to the watch-list based on the selection received from the user viewing the video stream; and* | *chose video after the user makes a selection. The screenshots below show the video selected by the user playing after the transition.*<br><br>*E.g.:*<br><br><br><br>*https://donatelloarm.com/presents/keurig.html* |

| *'898 patent, claim 16* | *Accused Products* |
|---|---|
| | <br><br>*https://donatelloarm.com/presents/mockingbird.html* |

| *'898 patent, claim 16* | *Accused Products* |
|---|---|
| |  https://donatelloarm.com/presents/drewchair.html |
| *[16H] presenting, to the user viewing the video stream, the at least one inserted segment as part of the video stream; and* | *The Accused Products present, to the user viewing the video stream, the at least one inserted segment as part of the video stream.*<br><br>*The interactive videos on Artisan's website will transition seamlessly to the next chose video after the user makes a selection. The screenshots below show the video selected by the user playing after the transition.*<br><br>*E.g.:* |

| *'898 patent, claim 16* | *Accused Products* |
|---|---|
|  |  *https://donatelloarm.com/presents/keurig.html* |

| *'898 patent, claim 16* | *Accused Products* |
|---|---|
| |  *https://donatelloarm.com/presents/mockingbird.html* |

| *'898 patent, claim 16* | *Accused Products* |
|---|---|
| |  *https://donatelloarm.com/presents/drewchair.html* |
| *[16I] continuing presentation of the predefined path of prerecorded video segments after the presentation of the at least one inserted segment.* | *The Accused Products continue presentation of the predefined path of prerecorded video segments after the presentation of the at least one inserted segment.*<br><br>*The Accused Products may continue presentation of the initial video after the user's chosen video segments are presented.*<br><br>*E.g.:* |

| *'898 patent, claim 16* | *Accused Products* |
|---|---|
| | <br>*https://donatelloarm.com/presents/keurig.html* |

| *'898 patent, claim 16* | *Accused Products* |
|---|---|
| |  *https://donatelloarm.com/presents/mockingbird.html* |

| *'898 patent, claim 16* | *Accused Products* |
|---|---|
| | <br>*https://donatelloarm.com/presents/drewchair.html* |

# EXHIBIT D

**Exhibit D - Infringement of U.S. Patent No. 12,450,306**

eko sets forth the following allegations in this claim chart based upon information and belief after undergoing a reasonable investigation of all information practically obtainable without the aid of discovery.  *See Hoffman-La Roche Inc. v. Invamed Inc.*, 213 F.3d 1359, 1364-65 (Fed. Cir. 2000).  The Accused Products infringe at least claim 1 of U.S. Patent No. 12,450,306 ("'306 Patent"). The evidence in this chart comes from screenshots of https://donatelloarm.com/, which is, on information and belief, maintained by Artisan—as is evident from the website's footer reading: "© Copyright 2025 | Artisan Technologies LLC" and from Artisan's advertising and linking of the site from its primary website at http://artisantech.io/.

Upon information and belief, the descriptions in these documents disclose functionality contained in the Accused Products. All emphases are added.

| '306 patent, claim 1 | Accused Products |
|---|---|
| *[1PRE] A method for presenting an interactive video to a user, the method comprising:* | *To the extent the preamble is limiting, the Accused Products provide a method for presenting an interactive video to a user comprising the following steps.*<br><br>*The Accused Products present an interactive video to a user, examples of which are included on Artisan's website.*<br><br>*E.g.:*<br><br> |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
| |  *https://donatelloarm.com/services/interactive/* |
| *[1A] providing a product webpage associated with a product;* | *The Accused Products provide a product webpage associated with a product.* <br><br> *The Accused Products are hosted on product webpages associated with different products, examples of which are included on Artisan's website.* <br><br> *E.g.:* |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
| |  *https://donatelloarm.com/presents/keurig.html* |

| *'306 patent, claim 1* | *Accused Products* |
| --- | --- |
| |  https://donatelloarm.com/presents/mockingbird.html |

| '306 patent, claim 1 | Accused Products |
|---|---|
| | *https://donatelloarm.com/presents/drewchair.html* |
| **[1B] displaying, via the product webpage, an application layer including a plurality of user interface (UI)** | *The Accused Products display, via the product webpage, an application layer including a plurality of user interface (UI) elements, wherein each UI element corresponds to a different configurable feature of the product.* |

| *'306 patent, claim 1* | *Accused Products* |
| --- | --- |
| *elements, wherein each UI element corresponds to a different configurable feature of the product;* | *The Accused Products display an application layer with multiple UI elements, examples of which are included on Artisan's website. These UI elements may correspond to different configurable features of the product. Examples of these UI elements are shown below.*<br><br>*E.g.:*<br><br> |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
| |  *https://donatelloarm.com/presents/keurig.html* |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
| |  *https://donatelloarm.com/presents/mockingbird.html* |

| ***'306 patent, claim 1*** | ***Accused Products*** |
|---|---|
| |  https://donatelloarm.com/presents/drewchair.html |
| ***[1C] displaying, via the product webpage, a video player layer integrated in the application layer and configured to present the interactive video to the user, the interactive video representing the product;*** | *The Accused Products display, via the product webpage, a video player layer integrated in the application layer and configured to present the interactive video to the user, the interactive video representing the product.*<br><br>*Upon information and belief, the Accused Products include a video player layer.  The screenshots below are of the interactive video on Artisan's website.  These interactive videos represent different products, examples of which are included on Artisan's website.* |

| '306 patent, claim 1 | Accused Products |
|---|---|
| | *E.g.:*<br> |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
| | <br><br>*https://donatelloarm.com/presents/keurig.html* |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
|  | <br><br>*https://donatelloarm.com/presents/mockingbird.html* |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
| | <br>*https://donatelloarm.com/presents/drewchair.html* |
| *[1D] receiving, via a first UI element of the plurality of UI elements, a first user interaction indicating a selection of a first feature option from a plurality of first feature options for a first configurable feature of the product;* | *The Accused Products receive, via a first UI element of the plurality of UI elements, a first user interaction indicating a selection of a first feature option from a plurality of first feature options for a first configurable feature of the product.*<br><br>*The Accused Products receive interactions from the user, including clicks or touches on the different UI elements.  The screenshots below show the UI elements on which the user can click or touch to select a configurable feature of the product, examples of which are included on Artisan's website.*<br><br>*E.g.:* |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
| |  |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
| |  *https://donatelloarm.com/presents/keurig.html* |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
|  |  *https://donatelloarm.com/presents/mockingbird.html* |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
| |  *https://donatelloarm.com/presents/drewchair.html* |
| *[1E] sending at least one first message from the application layer to the video player layer in response to the first user interaction;* | *The Accused Products send at least one first message from the application layer to the video player layer in response to the first user interaction.* <br><br> *Upon information and belief, when the user interacts with the UI elements, the application layer will send a message to the video player layer so the video player layer can alter the presentation of the video based upon the interaction.* <br><br> *E.g.:* |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
| |  |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
| | <br><br>*https://donatelloarm.com/presents/keurig.html* |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
|  | <br>https://donatelloarm.com/presents/mockingbird.html |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
| |  https://donatelloarm.com/presents/drewchair.html |
| *[1F] presenting, via the video player layer, first video content of the interactive video based on the at least one first message, wherein the first video content includes a user-specific product* | *The Accused Products present, via the video player layer, first video content of the interactive video based on the at least one first message, wherein the first video content includes a user-specific product configuration having the first feature configured with the first feature option.*<br><br>*The Accused Products present the video content associated with the configurable feature and UI element selected by the user.  The screenshots below show how the video stream changes based upon a selection by the user, examples of which are on Artisan's website.* |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
| *configuration having the first feature configured with the first feature option;* | *E.g.:*<br><br><br><br>*https://donatelloarm.com/presents/keurig.html* |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
| |  *https://donatelloarm.com/presents/mockingbird.html* |

| '306 patent, claim 1 | Accused Products |
|---|---|
| | <br>*https://donatelloarm.com/presents/drewchair.html* |
| *[1G] during presentation of the first video content, receiving, via a second UI element of the plurality of UI elements, a second user interaction indicating a selection of a second feature option from a* | *The Accused Products, during presentation of the first video content, receive, via a second UI element of the plurality of UI elements, a second user interaction indicating a selection of a second feature option from a plurality of second feature options for a second configurable feature of the product.*<br><br>*The Accused Products receive interactions from the user, including clicks on the different UI elements. The screenshots below show the UI elements on which the user can click or touch to* |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
| *plurality of second feature options for a second configurable feature of the product;* | *select a configurable feature of the product after the video stream already changed in response to a previous interaction from the user, examples of which are included on Artisan's website.*<br><br>*E.g.:*<br><br><br><br>*https://donatelloarm.com/presents/keurig.html* |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
|  |  *https://donatelloarm.com/presents/mockingbird.html* |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
| |  *https://donatelloarm.com/presents/drewchair.html* |
| *[1H] sending at least one second message from the application layer to the video player layer in response to the second user interaction; and* | *The Accused Products send at least one second message from the application layer to the video player layer in response to the second user interaction.*<br><br>*Upon information and belief, when the user interacts with the UI elements, the application layer will send a message to the video player layer so the video player layer can alter the presentation of the video based upon the interaction by transitioning to the selected content.*<br><br>*E.g.:* |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
| | <br>*https://donatelloarm.com/presents/keurig.html* |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
| | <br>*https://donatelloarm.com/presents/mockingbird.html* |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
| |  *https://donatelloarm.com/presents/drewchair.html* |
| *[1I] transitioning from the first video content to second video content of the interactive video based on the at least one second message, wherein the second video content includes a user-specific product configuration having the first feature configured with the first feature option and the* | *The Accused Products transition from the first video content to second video content of the interactive video based on the at least one second message, wherein the second video content includes a user-specific product configuration having the first feature configured with the first feature option and the second feature configured with the second feature option.*<br><br>*The Accused Products present the video content associated with the configurable feature and UI element selected by the user.  The screenshots below show how the video stream changes based upon a second selection by the user, examples of which are on Artisan's website.*<br><br>*E.g.:* |

Within the image: 33 in, 30 in, 34.5 in, See the product, Features, Dimensions

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
| *second feature configured with the second feature option.* |  |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
| | <br>*https://donatelloarm.com/presents/keurig.html* |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
| |  |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
| |  *https://donatelloarm.com/presents/mockingbird.html* |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
| |  |

| *'306 patent, claim 1* | *Accused Products* |
|---|---|
|  |  *https://donatelloarm.com/presents/drewchair.html* |