AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| JBF INTERLUDE 2009 LTD.<br><br>*Plaintiff(s)*<br>v.<br>ARTISAN TECHNOLOGIES LLC<br><br>*Defendant(s)* | Civil Action No. 25-1553-UNA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Artisan Technologies LLC
c/o Registered Agent Solutions, Inc.
838 Walker Road, Suite 21-2
Dover, DE  19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
(302) 984-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/23/2025

*Connor Dungey*
Signature of Clerk or Deputy Clerk



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Artisan Technologies LLC
was received by me on *(date)* 12/23/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Chris Scargill at 3:25 pm , who is
designated by law to accept service of process on behalf of *(name of organization)* Registered Agent Solutions,
Inc., located at 838 Walker Road, Suite 21-2, Dover, DE on *(date)* 12/23/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/23/25

Server's signature

Sean Boykevich-Process Server

*Printed name and title*

Parcels, Inc. 1111B South Governors Avenue
Dover, DE 19904

*Server's address*

Additional information regarding attempted service, etc:

Document served: Summons, Notice of Consent, Referral, Rule 7.1 Statement, Patent Form, Civil Cover Sheet, and Complaint