IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JBF INTERLUDE 2009 LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-1553-JLH |
| | ) | |
| ARTISAN TECHNOLOGIES LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Artisan Technologies LLC, a non-governmental entity, through its undersigned counsel states that Artisan Technologies LLC, has no parent corporation. No other publicly-held corporation owns 10% or more of the stock of Artisan Technologies LLC.

<table>
<tr><td></td><td>/s/ Karen E. Keller</td></tr>
<tr><td></td><td>Karen E. Keller (No. 4489)</td></tr>
<tr><td></td><td>Andrew E. Russell (No. 5382)</td></tr>
<tr><td></td><td>SHAW KELLER LLP</td></tr>
<tr><td>OF COUNSEL:</td><td>I.M. Pei Building</td></tr>
<tr><td>Hillel Parness</td><td>1105 North Market Street, 12th Floor</td></tr>
<tr><td>PARNESS LAW FIRM, PLLC</td><td>Wilmington, DE 19801</td></tr>
<tr><td>136 Madison Avenue, 6th Floor</td><td>(302) 298-0700</td></tr>
<tr><td>New York, NY 10016</td><td>kkeller@shawkeller.com</td></tr>
<tr><td>(212) 447-5299</td><td>arussell@shawkeller.com</td></tr>
<tr><td>hip@hiplaw.com</td><td><em>Attorneys for Defendant Artisan Technologies LLC</em></td></tr>
</table>

Dated: January 13, 2026