## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JBF INTERLUDE 2009 LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 25-1553-JCB |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| ARTISAN TECHNOLOGIES LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF JBF INTERLUDE 2009 LTD.'S NOTICE OF APPEAL

NOTICE IS GIVEN that, pursuant to Federal Rule of Appellate Procedure 4(a), Plaintiff JBF Interlude 2009 Ltd. hereby appeals to the United States Court of Appeals for the Federal Circuit from the May 26, 2026 Opinion and Order (D.I. 21) in this matter, which granted Defendants' motion to dismiss (D.I. 11), found the claims of the asserted patents directed to unpatentable subject matter under 35 U.S.C. § 101, and dismissed this action with prejudice, and from any and all orders, rulings, findings, and conclusions underlying and related to that Opinion and Order.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Andrew D. Gish
Michael M. Powell
Christopher DeCoro
Joel C. Lin
GISH PLLC
41 Madison Avenue
New York, NY 10010
Tel: (212) 518-2000

Ryan K. Iwahashi
GISH PLLC
50 California Street
San Francisco, CA 94111
Tel: (415) 630-2000

Dated: June 25, 2026
12996827 / 25740.00001

By: */s/ David E. Moore*
      David E. Moore (#3983)
      Bindu A. Palapura (#5370)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE  19801
      Tel:  (302) 984-6000
      dmoore@potteranderson.com
      bpalapura@potteranderson.com

*Attorneys for Plaintiff JBF Interlude 2009 Ltd.*

2